UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. MAYFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>IVAN OROZCO, ET AL.,<br><br>    Defendants. | No.  2:13-cv-2499 JAM AC<br><br><br><br>ORDER |

This matter was initially referred to the undersigned for pretrial management because plaintiff was proceeding pro se.  On July 14, 2014, a Notice of Appearance was filed on behalf of plaintiff by attorney Michael Bien.  As plaintiff is now proceeding with counsel, pretrial matters, other than discovery motions, should be noticed before the District Judge assigned to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action; and

2. All dates pending before the undersigned, including the August 6, 2014 initial scheduling conference, are vacated.

DATED: July 15, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1