MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
AARON J. FISCHER – 247391
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
afischer@rbgg.com

MICHAEL MILLEN – 151731
119 Calle Marguerita, Suite 100
Los Gatos, California 95032
Telephone: (408) 871-0777
Facsimile: (408) 866-7480
Email: MikeMillen@aol.com

Attorneys for Plaintiff JAMES J. MAYFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. MAYFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IVAN OROZCO, SHERIFF SCOTT JONES, JAMES LEWIS, RICK PATTISON, and the COUNTY OF SACRAMENTO,<br><br>　　　　Defendants. | Case No. 2:13-CV-2499 JAM AC PS<br><br>**MOTION OF MICHAEL W. BIEN, ERNEST GALVAN, AARON J. FISCHER, AND MICHAEL MILLEN TO WITHDRAW AS COUNSEL AND FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**<br><br>Judge: Hon. John A. Mendez<br>Date: September 17, 2014<br>Time: 9:30 a.m.<br>Crtrm.: 6 |

[1254080-1]

1  Plaintiff's counsel, Michael W. Bien, Ernest Galvan and Aaron J. Fischer and the
2  law firm of Rosen Bien Galvan & Grunfeld, as well as Attorney Michael Millen,
3  respectfully request leave of court to withdraw as counsel of record for Plaintiff, for
4  reasons stated in (1) the *Confidential* Declaration of Michael W. Bien in Support of
5  Motion of Michael W. Bien, Ernest Galvan, Aaron J. Fischer, and Michael Millen to
6  Withdraw as Counsel and for Extension of Time to File Joint Status Report ("Confidential
7  Bien Declaration"), submitted under seal and for *in camera* review; and (2) the Declaration
8  of Michael Millen in Support of Motion of Michael W. Bien, Ernest Galvan, Aaron J.
9  Fischer, and Michael Millen to Withdraw as Counsel and for Extension of Time to File
10 Joint Status Report ("Millen Declaration"), filed concurrently with this motion.

11  Attorneys Michael W. Bien, Ernest Galvan, and Aaron J. Fischer must withdraw for
12 the reasons described in the Confidential Bien Declaration.  As described in the Millen
13 Declaration, Mr. Millen's appearance for Plaintiff was made with the understanding that he
14 would be co-counsel with a law firm with the staffing and resources to litigate this type of
15 civil rights action, which necessarily requires investment in extensive discovery and
16 experts.  He is thus unable to proceed as counsel without such co-counsel involvement.

17  Counsel has notified Plaintiff and his family orally and in writing of the need to
18 withdraw representation, as consistent with Local Rule 182(d).  Plaintiff will also be
19 served with the instant motion.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[1254080-1]

Plaintiff respectfully requests that the current August 15, 2014 deadline for a Joint Status Report (Docket No. 15) be extended 90 days to permit Plaintiff to find a replacement for Rosen Bien Galvan & Grunfeld and Michael Millen.  The Court's order requires that the Joint Status Report include a discovery plan with deadlines, as well as law and motion cut-offs and dates for trial and pre-trial conference.  (Docket No. 5.)  This information will necessarily depend on the schedule of new counsel.

DATED:  August 1, 2014          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael W. Bien*
    Michael W. Bien
    Ernest Galvan
    Aaron J. Fischer

Attorneys for Plaintiff JAMES J. MAYFIELD

DATED:  August 1, 2014

By: */s/ Michael Millen*
    Michael Millen

Attorneys for Plaintiff JAMES J. MAYFIELD

[1254080-1]

2
MOTION OF MICHAEL W. BIEN, ERNEST GALVAN, AARON J. FISCHER, AND MICHAEL MILLEN TO WITHDRAW AS COUNSEL AND FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT