MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
AARON J. FISCHER – 247391
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104
Email:	mbien@rbgg.com
	egalvan@rbgg.com
	afischer@rbgg.com

MICHAEL MILLEN – 151731
119 Calle Marguerita, Suite 100
Los Gatos, California  95032
Telephone:	(408) 871-0777
Facsimile:	(408) 866-7480
Email:	MikeMillen@aol.com

Attorneys for Plaintiff JAMES J. MAYFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. MAYFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IVAN OROZCO, SHERIFF SCOTT JONES, JAMES LEWIS, RICK PATTISON, and the COUNTY OF SACRAMENTO,<br><br>　　　　　Defendants. | Case No. 2:13-CV-2499 JAM AC PS<br><br>**DECLARATION OF MICHAEL MILLEN IN SUPPORT OF MOTION OF MICHAEL W. BIEN, ERNEST GALVAN, AARON J. FISCHER, AND MICHAEL MILLEN TO WITHDRAW AS COUNSEL AND FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**<br><br>Judge:  Hon. John A. Mendez |

[1254137-2]

DECL. OF MICHAEL MILLEN ISO MOTION OF MICHAEL W. BIEN, ERNEST GALVAN, AARON J. FISCHER, AND MICHAEL MILLEN TO WITHDRAW AS COUNSEL AND FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

I, Michael Millen, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and counsel of record for Plaintiff JAMES J. MAYFIELD. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of the Motion of Michael W. Bien, Ernest Galvan, Aaron J. Fischer, and Michael Millen to Withdraw as Counsel and for Extension of Time to File Joint Status Report.

2. I am a sole practitioner. I associated into this case for Mr. Mayfield on the understanding that I would be co-counsel for a law firm with resources and staffing to make the necessary investments in discovery and expert witnesses to litigate a civil rights case against government entities alleging longstanding systemic deficiencies in the provision of mental health care to prisoners.

3. With Rosen Bien Galvan & Grunfeld unable to proceed with the representation for the reasons stated in the Confidential Declaration of Michael W. Bien filed herewith, I believe it is in the best interests of the client that he secure a law firm with greater resources, staffing, docket availability, and subject matter experience than I can offer at this time so as to maximize the outcome of what appears to be a complex and potentially groundbreaking lawsuit seeking to fundamentally change the provision of mental health care in a penal setting.

4. Because plaintiff James Mayfield is unable to care for himself in the activities of daily living and must count on the full-time care of relatives, I believe that finding new counsel will be a long process not only because the physical act of meeting attorneys is difficult but also because as it takes a substantial amount of attorney time to review the extensive file surrounding this very complex case.

5. With Rosen Bien Galvan & Grunfeld unable to proceed with the representation for the reasons stated in the Confidential Declaration of Michael W. Bien filed herewith, I intend to serve as a resource for Mr. Mayfield as he seeks new counsel. The discovery plan and scheduling required in the Joint Status Report now due on

[1254137-2]

1

DECL. OF MICHAEL MILLEN ISO MOTION OF MICHAEL W. BIEN, ERNEST GALVAN, AARON J. FISCHER, AND MICHAEL MILLEN TO WITHDRAW AS COUNSEL AND FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

1 August 15, 2014, will necessarily depend on the schedule of new counsel to replace Rosen
2 Bien Galvan & Grunfeld.
3       I declare under penalty of perjury under the laws of the United States and the State
4 of California that the foregoing is true and correct, and that this declaration is executed at
5 Los Gatos, California this 31_ day of July, 2014.

_____
Michael Millen