MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
AARON J. FISCHER – 247391
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
afischer@rbgg.com

MICHAEL MILLEN – 151731
119 Calle Marguerita, Suite 100
Los Gatos, California 95032
Telephone: (408) 871-0777
Facsimile: (408) 866-7480
Email: MikeMillen@aol.com

Attorneys for Plaintiff JAMES J. MAYFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. MAYFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IVAN OROZCO, SHERIFF SCOTT JONES, JAMES LEWIS, RICK PATTISON, and the COUNTY OF SACRAMENTO,<br><br>　　　　Defendants. | Case No. 2:13-CV-2499 JAM AC PS<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF MICHAEL W. BIEN, ERNEST GALVAN, AARON J. FISCHER, AND MICHAEL MILLEN TO WITHDRAW AS COUNSEL AND FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT<br><br>Judge: Hon. John A. Mendez |

[1254139-1]

1  The Court, having considered the Motion of Michael W. Bien, Ernest Galvan,
2  Aaron J. Fischer, and Michael Millen to Withdraw as Counsel and for Extension of Time
3  to File Joint Status Report, and good cause appearing therefor, the motion is hereby
4  GRANTED.  Michael W. Bien, Ernest Galvan, and Aaron J. Fischer of Rosen Bien
5  Galvan & Grunfeld, and Michael Millen shall withdraw as counsel of record in this action.
6  The time for the parties to submit the Joint Status Report is extended 90 days from
7  August 15, 2014 to November 13, 2014.
8  **IT IS SO ORDERED.**

10  DATED:  9-17 , 2014

John A. Mendez
United States District Judge

[1254139-1]

[PROPOSED] ORDER GRANTING MOTION OF MICHAEL W. BIEN, ERNEST GALVAN, AARON J. FISCHER, AND MICHAEL MILLEN TO WITHDRAW AS COUNSEL AND FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT