LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants, County of Sacramento, Scott Jones,
James Lewis and Rick Pattison

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. MAYFIELD,<br><br>   Plaintiff,<br><br>vs.<br><br>IVAN OROZCO, SHERIFF SCOTT JONES, JAMES LEWIS, RICK PATTISON and the COUNTY OF SACRAMENTO,<br><br>   Defendants. | CASE NO. 2:13-CV-02499-JAM-AC<br><br>**DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT** |

Defendants, County of Sacramento, Scott Jones, James Lewis and Rick Pattison request an extension of time to submit a joint status report currently due on November 13, 2014. See Order filed on September 18, 2014 (ECF No. 25).

This request is made in keeping with the Court's Minutes of September 17, 2014 (ECF No. 24), granting the plaintiff's attorneys motion to withdraw wherein the Court permitted plaintiff ninety days to secure new counsel, until December 19, 2014.

Defendants request that the deadline for filing a joint status conference statement be continued to February 17, 2015.

/ / /

| | |
|---|---|
| Dated: November 5, 2014 | LONGYEAR, O'DEA & LAVRA, LLP |
| | |
| | By: /S/: Van Longyear_____ |
| |     VAN LONGYEAR |
| |     Attorneys for Defendants |
| |     County of Sacramento, Scott Jones, |
| |     James Lewis and Rick Pattison |

IT IS SO ORDERED:

Dated: November 5, 2014         /s/ John A. Mendez_____
　　　　　　　　　　　　　　　　JUDGE OF THE U.S. DISTRICT COURT
　　　　　　　　　　　　　　　　EASTERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

**CASE TITLE:** *Mayfield v. County of Sacramento, et al.*
**COURT:** USDC Eastern District of California
**CASE NO:** 2:13-cv-2499 JAM AC PS

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 3620 American River Drive, Suite 230, Sacramento, CA 95864.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On November 5, 2014, I caused the following to be served:

**DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT**

**XX**    United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

**PLAINTIFF, IN PRO PER:**

James J. Mayfield
4401 Burr Court
Tracy, CA 95377

**XX**    FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 5, 2014, at Sacramento, California.

/S/: Cheryl Gori _____
Cheryl Gori
Employee of Longyear, O'Dea & Lavra, LLP