LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants, County of Sacramento, Scott Jones,
James Lewis and Rick Pattison

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. MAYFIELD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IVAN OROZCO, SHERIFF SCOTT JONES, JAMES LEWIS, RICK PATTISON and the COUNTY OF SACRAMENTO,<br><br>　　　　Defendants. | CASE NO.  2:13-CV-02499-JAM-AC<br><br>**JOINT REQUEST FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their undersigned Counsel, pursuant to Eastern District Local Rule 143 and 144 as follows:

　　　1)　The Parties' Joint Status Report is currently due on Tuesday, February 17, 2015. See Court Docket No. 27.

　　　2)　Van Longyear, Counsel for Defendants County of Sacramento, Jones, Lewis and Pattison has been in trial since February 10, 2015 and continues to be in trial. Mr. Longyear thus has not been able to participate in any of the meet-and-confer process necessary for the submission of the Joint Status Report.

3) The parties respectfully request that the Court extend the time for the Parties to file the Joint Status Report up to and including April 17, 2015.

4) This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

Dated: February 17, 2015          HADSELL STORMER & RENICK, LLP

                                  By: */S/: Joshua Piovia-Scott*_____
                                       JOSHUA PIOVIA-SCOTT
                                       Attorneys for Plaintiff

Dated: February 17, 2015          RIFKIN LAW OFFICE

                                  By: */S/: Lori Rifkin* _____
                                       LORI RIFKIN
                                       Attorneys for Plaintiff

Dated: February 17, 2015          PORTER SCOTT

                                  By:  */S/: Kristina M. Hall* _____
                                       TERENCE J. CASSIDY
                                       KRISTINA M. HALL
                                       Attorneys for Defendant
                                       Ivan Orozco

Dated: February 17, 2015          LONGYEAR, O'DEA & LAVRA, LLP

                                  By: */S/: Van Longyear* _____
                                       VAN LONGYEAR
                                       Attorneys for Defendants
                                       County of Sacramento, Scott Jones,
                                       James Lewis and Rick Pattison

/ / /

/ / /

# ORDER

Having reviewed the above stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the time for the Parties to file the Joint Status Report be, and hereby is, extended to April 17, 2015.

**IT IS SO ORDERED.**

Dated: February 17, 2015           /s/ John A. Mendez
                                   JUDGE OF THE U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF CALIFORNIA