Barbara Hadsell, Esq. [S.B. #086021]
Dan Stormer, Esq. [S.B. # 101967]
Josh Piovia-Scott, Esq. [S.B. #222364]
Mohammad Tajsar, Esq. [S.B. #280152]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: bhadsell@hadsellstormer.com
        dstormer@hadsellstormer.com
        jps@hadsellstormer.com
        mtajsar@hadsellstormer.com

Lori Rifkin, Esq. [S.B. #244081]
RIFKIN LAW OFFICE
P.O. Box 19169
Oakland, California 94619
Telephone: (415) 685-3591
Email: lrifkin@rifkinlawoffice.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. MAYFIELD,<br><br>             Plaintiff,<br><br>vs.<br><br>IVAN OROZCO, SHERIFF SCOTT JONES, JAMES LEWIS, RICK PATTISON, and COUNTY OF SACRAMENTO,<br><br>             Defendants. | Case No.: CV-02499-JAM-AC<br><br>[Assigned to the Honorable John A. Mendez – Courtroom 6]<br><br>**ORDER RE: STIPULATION TO FILE SECOND AMENDED COMPLAINT**<br><br>Complaint filed:      December 3, 2013<br>Discovery Cut-Off:  None Set<br>Motion Cut-Off:       None Set<br>Trial Date:                None Set |

**[PROP] ORDER RE: STIP TO FILE
SECOND AMEND COMPLAINT**

1 The Court, having considered the Stipulation to File Second Amended Complaint, and good cause appearing therefore, the [Proposed] Order for Plaintiff to File the Second Amended Complaint is hereby GRANTED. The Second Amended Complaint, attached as Exhibit A to the Stipulation filed concurrently herewith, is deemed filed as of this date.

Defendants shall have twenty-one calendar days from the date that the Court deems the Second Amended Complaint filed to file a Response to the Second Amended Complaint.

**IT IS SO ORDERED.**

DATED: 3/18/2015              /s/ John A. Mendez_____

                              John A. Mendez
                              United States District Judge

**[PROP] ORDER RE: STIP TO FILE
SECOND AMEND COMPLAINT**              -1-