WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
SCOTT L. GASSAWAY (SBN 53581)
sgassaway@wilkefleury.com
ROBERT F. TYLER, JR. (SBN 63055)
rtyler@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:   (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF
CALIFORNIA and GREGORY SOKOLOV,
M.D., sued in his individual and official capacity

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD, JR. and TERRI MAYFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>IVAN OROZCO, in his individual capacity; SHERIFF SCOTT JONES, in his individual and official capacity; RICK PATTISON, in his individual and official capacity, COUNTY OF SACRAMENTO; REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DR. GREGORY SOKOLOV, in his individual and official capacity, and DOES 1-5,<br><br>Defendants. | Case No. 2:13-CV-02499-JAM-AC<br><br>**ASSIGNED TO THE HONORABLE JOHN A. MENDEZ – COURTROOM 6**<br><br>**STIPULATION ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND STRIKE**<br><br>Complaint Filed: December 3, 2013<br>1st Amended Complaint Filed: March 26, 2014<br>2nd Amended Complaint Filed: March 19, 2015<br>Trial Date:   May 1, 2017 |

On April 20, 2015, defendant Regents of the University of California ("Regents") and defendant Gregory Sokolov, M.D. ("Sokolov"), in his official capacity, filed FRCP Rule 12(b) motions to dismiss plaintiffs' Second Amended Complaint as to the Regents and plaintiffs' Third, Fourth and Fifth Claims for Relief against the Regents and Sokolov in his official capacity, as well as plaintiffs' Thirteen Claim for Relief against the Regents. These same defendants contemporaneously made motions under FRCP Rule 12(f) to strike specified portions of plaintiffs' Second Amended Complaint. (Doc. #42.) Subsequent to this filing, plaintiffs notified defendants that it is their

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION (PROPOSED) ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
1280343.1
-1-
2:13-CV-02499-JAM-AC

intention to file a third amended complaint, which would affect the claims at issue in Defendants' Rule 12(b)(6) and 12(f) motions, and would seek leave to file that third amended complaint no later than May 15, 2015.  Given this, defendant Regents and Sokolov agree to continue hearing on their presently pending motions so as to allow plaintiffs to actually file their third amended complaint. Plaintiffs and defendants Regents and Sokolov additionally submit that it serves the Court's interest in efficiency and conservation of resources, as well as the interests of all parties, to continue the hearing on the presently pending motions, which, when and if the third amended complaint is actually filed with the Court would thereby be rendered moot.  Therefore, plaintiffs and defendants Regents and Sokolov respectfully request that the court continue hearing on defendants Regents and Sokolov's presently pending 12(b) motions from May 20, 2015 to July 1, 2015 at 9:30 a.m.

DATED:  May 5, 2015                   Respectfully submitted,

RIFKIN LAW OFFICE
HADSELL STORMER & RENICK LLP

By:      //Lori Rifkin
                LORI RIFKIN
            Attorneys for Plaintiffs

DATED:  May 5, 2015                   Respectfully submitted,

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP

By:      //Robert F. Tyler, Jr.
                ROBERT F. TYLER, JR.
             Attorneys for Defendants
     REGENTS OF THE UNIVERSITY OF
      CALIFORNIA and GREGORY SOKOLOV,
     M.D., sued in his individual and official capacity

The parties' request that the hearing on defendant Regents and Sokolov's motions to dismiss and strike be moved to July 1, 2015, at 9:30 a.m. is here by **GRANTED**.

**IT IS SO ORDERED.**

DATED: 5/5/2015

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION (PROPOSED) ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
1280343.1                                    -2-                              2:13-CV-02499-JAM-AC