Case 2:13-cv-02499-JAM-AC   Document 72   Filed 09/10/15   Page 1 of 2

Barbara Hadsell, Esq. [S.B. #086021]
Dan Stormer, Esq. [S.B. # 101967]
Josh Piovia-Scott, Esq. [S.B. #222364]
Mohammad Tajsar, Esq. [S.B. #280152]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: bhadsell@hadsellstormer.com
          dstormer@hadsellstormer.com
          jps@hadsellstormer.com
          mtajsar@hadsellstormer.com

Lori Rifkin, Esq. [S.B. # 244081]
RIFKIN LAW OFFICE
P.O. Box 19169
Oakland, California 94619
Telephone: (415) 685-3591
Email: lrifkin@rifkinlawoffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD, JR. and TERRI MAYFIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>IVAN OROZCO, in his individual capacity, SHERIFF SCOTT JONES, in his individual and official capacity, JAMES LEWIS, in his individual and official capacity, RICK PATTISON, in his individual and official capacity, COUNTY OF SACRAMENTO, UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, in his individual capacity, DR. CHARLES SCOTT, in his individual capacity, DR. ROBERT HALES, in his individual capacity, and Does 1-5,<br><br>Defendants. | Case No.: 2:13-CV-02499-JAM-AC<br><br>**ORDER RE MOTION TO DISMISS** |

1  The Court, having considered the Motions to Dismiss and Strike filed by Defendants University of California Davis Health Systems (UCDHS) and Drs. Sokolov, Hales, and Scott, grants the motions in part and denies the motions in part, as set forth below:

(1) The Court finds that Defendant UCDHS has made a prima facie showing that the Regents of the University of California is the contracting entity with the County of Sacramento, and therefore an arm of the state and immune from state law claims in federal court. Therefore, the Court GRANTS Defendant's motion to dismiss Plaintiffs' Seventh, Eighth, Twelfth, Thirteenth, Fourteenth, Fifteenth, and Sixteenth Claims as to Defendant UCDHS.

(2) The Court GRANTS Defendants' motion to strike Plaintiffs' Sixteenth Claim on behalf of Plaintiffs James Allison Mayfield and Terri Mayfield. Plaintiff James Joshua Mayfield's Sixteenth Claim for negligent infliction of emotion distress remains.

(3) The Court GRANTS Defendants' motion to strike Plaintiffs' prayer for restitution and punitive damages against UCDHS. The Court DENIES the remainder of Defendants' motion to strike.

(4) The Court DENIES the remainder of Defendants' motions.

The Third Amended Complaint, as modified by this Order, is the operative complaint going forward. Any Defendants who have not yet filed an answer to the Third Amended Complaint are ordered to do so within twenty days.

It is so ordered.

DATED: _9/9/2015_____

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge

[PROPOSED] ORDER RE: MOTION TO DISMISS   -1-   CASE NO. 2:13-CV-02499-JAM-AC