**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
ROBERT F. TYLER, JR. (SBN 63055)
rtyler@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:   (916) 441-2430
Facsimile:    (916) 442-6664
Attorneys for Defendants Regents of the University Of California, now sued as The University Of California Davis Health System, and Dr. Gregory Sokolov, Dr. Charles Scott, and Dr. Robert Hales

**PORTER SCOTT**
John R. Whitefleet, Esq.
jwhitefleet@porterscott.com
Adam Debow, Esq.
adebow@porterscott.com
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
Attorneys for Defendant Ivan Orozco

**HADSELL STORMER & RENICK LLP**
Barbara Enloe Hadsell, Esq.
bhadsell@hadsellstormer.com
Joshua Piovia-Scott, Esq.
jps@hadsellstormer.com
Daniel Stormer, Esq.
dstormer@hadsellstormer.com
Acrivi Coromelas, Esq.
acoromelas@hadsellstormer.com
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: 626-577-7079

**LONGYEAR, O'DEA & LAVRA, LLP**
Van Longyear, Esq.
longyear@longyearlaw.com
Peter C. Zilaff, Esq.
zilaff@longyearlaw.com
Nicole Cahill, Esq.
cahill@longyearlaw.com
3620 American River Drive, Ste. 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
Attorneys for Defendants County Of Sacramento; Scott Jones, Sheriff; James Lewis; Rick Pattison

**RIFKIN LAW OFFICE**
Lori Rifkin, Esq.
lrifkin@rifkinlawoffice.com
P.O. Box 19169
Oakland, CA 94619
Facsimile: (415) 685-9351
Attorneys for Plaintiffs James Joshua Mayfield, James Allison Mayfield, Jr., and Terri Mayfield

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES JOSHUA MAYFIELD; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>IVAN OROZCO, et al,<br><br>    Defendants. | Case No. 2:13-CV-02499-JAM-AC<br><br>**ORDER RE: DISMISSAL OF ACTION AS TO DEFENDANT CHARLES SCOTT, M.D.**<br><br>Complaint Filed: December 3, 2013<br>1st Amended Complaint Filed: March 26, 2014<br>2nd Amended Complaint Filed: March 19, 2015<br>3rd Amended Complaint Filed: June 22, 2015<br>Trial Date: May 1, 2017 |

**ORDER OF DISMISSAL**

Based upon the concurrently filed Stipulation of the parties and good cause appearing, it is hereby ordered that defendant Charles Scott, M.D. is hereby dismissed from Action No. 2:13-CV-02499-JAM-AC, *James Joshua Mayfield, et al. v. Ivan Orozco, et al.*

Dated: 6/17/2016

/s/ John A. Mendez
JOHN A. MENDEZ.
United States District Court Judge