Barbara Enloe Hadsell, Esq. [S.B. #086021]
Dan Stormer, Esq. [S.B. # 101967]
Josh Piovia-Scott, Esq. [S.B. #222364]
Acrivi Coromelas, Esq. [S.B. #298305]
Caitlan McLoon, Esq. [S.B. #302798]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600/Fax:  (626) 577-7079
Emails: bhadsell@hadsellstormer.com
          dstormer@hadsellstormer.com
          jps@hadsellstormer.com
          acoromelas@hadsellstormer.com
          cmcloon@hadsellstormer.com

Lori Rifkin, Esq. [S.B. # 244081]
RIFKIN LAW OFFICE
P.O. Box 19169
Oakland, California 94619
Telephone: (415) 685-3591
Email: lrifkin@rifkinlawoffice.com

Attorneys for Plaintiffs

[Counsel for Defendants listed on next page]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSHUA MAYFIELD, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IVAN OROZCO, et al., <br><br> Defendants. | Case No.: 2:13-CV-02499-JAM-AC <br> [Assigned to the Honorable John A. Mendez – Courtroom 6] <br><br> **ORDER RE: FILING OF FOURTH AMENDED COMPLAINT** <br><br> Complaint filed:    December 3, 2013 <br> Discovery Cut-Off: October 14, 2016 <br> Motion Cut-Off:    February 8, 2017 <br> Trial Date:           May 1, 2017 |

---

[PROPOSED] ORDER RE: FILING
OF 4TH AMENDED COMPLAINT

[continued from first page]

John Whitefleet, Esq. [S.B. #213301]
Adam DeBow, Esq. [S.B. #305809]
PORTER SCOTT
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile:  (916) 927-3706
Emails: jwhitefleet@porterscott.com
        adebow@porterscott.com

Van Longyear, Esq. [S.B. #84189]
Peter C. Zilaff, Esq. [S.B. #27658]
Nicole Cahill, Esq. [S.B. #287165]
LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
Emails: longyear@longyearlaw.com
        zilaff@longyearlaw.com
        cahill@longyearlaw.com

Robert F. Tyler, Esq. [S.B. #63055]
Neal C. Lutterman [S.B. #174681]
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
400 Capitol Mall, 22nd Floor
Sacramento, California 95814-4407
Telephone: (916) 441-2430
Facsimile: (916) 442-6664
Email: rtyler@wilkefleury.com
       nlutterman@wilkefleury.com

**ORDER RE: FILING OF FOURTH AMENDED COMPLAINT**

    Pursuant to Federal Rule of Civil Procedure 17, California Code of Civil Procedure 372, and the foregoing Stipulation of the parties, Plaintiffs' request to file a Fourth Amended Complaint is GRANTED.  The Clerk of Court SHALL FILE Plaintiffs' [Proposed] Fourth Amended Complaint as a separate docket entry in Action No. 2:13-CV-02499-JAM-AC, *James Joshua Mayfield, et al. v. Ivan Orozco, et al.*

    IT IS SO ORDERED.

Dated:  6/20/2016

/s/ John A. Mendez
JOHN A. MENDEZ.
United States District Court Judge

[PROPOSED] ORDER RE: FILING OF 4TH AMENDED COMPLAINT     -1-