Barbara Enloe Hadsell, Esq. [S.B. #086021]
Dan Stormer, Esq. [S.B. # 101967]
Josh Piovia-Scott, Esq. [S.B. #222364]
Acrivi Coromelas, Esq. [S.B. #298305]
Caitlan McLoon, Esq. [S.B. #302798]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600/Fax: (626) 577-7079
Emails: bhadsell@hadsellstormer.com
         dstormer@hadsellstormer.com
         jps@hadsellstormer.com
         acoromelas@hadsellstormer.com
         cmcloon@hadsellstormer.com

Lori Rifkin, Esq. [S.B. # 244081]
RIFKIN LAW OFFICE
P.O. Box 19169
Oakland, California 94619
Telephone: (415) 685-3591
Email: lrifkin@rifkinlawoffice.com

Attorneys for Plaintiffs

[Counsel for Defendants listed on next page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSHUA MAYFIELD, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IVAN OROZCO, et al., <br><br> Defendants. | Case No.: 2:13-CV-02499-JAM-AC <br> [Assigned to the Honorable John A. Mendez – Courtroom 6] <br><br> **[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES BY DEFENDANTS COUNTY OF SACRAMENTO, JONES, LEWIS, AND PATTISON TO AUGUST 3, 2016** <br><br> Complaint filed:    December 3, 2013 <br> Discovery Cut-Off: October 14, 2016 <br> Motion Cut-Off:    February 8, 2017 <br> Trial Date:        May 1, 2017 |

1  [continued from first page]

2  Van Longyear, Esq. [S.B. #84189]
3  Peter C. Zilaff, Esq. [S.B. #27658]
   Nicole Cahill, Esq. [S.B. #287165]
4  LONGYEAR, O'DEA & LAVRA, LLP
   3620 American River Drive, Suite 230
5  Sacramento, California 95864-5923
   Telephone: (916) 974-8500
6  Facsimile: (916) 974-8510
   Emails: longyear@longyearlaw.com
7          zilaff@longyearlaw.com
           cahill@longyearlaw.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER CONTINUING
HEARING ON MTC FURTHER DISCOVERY
BY COUNTY DEFENDANTS

# [~~PROPOSED~~] ORDER CONTINUING HEARING

Based upon the concurrently filed Stipulation of the parties and good cause appearing, the hearing on Plaintiffs' Motion to Compel Further Production of Documents and Responses to Interrogatories by Defendants County of Sacramento, Jones, Lewis, and Pattison is hereby CONTINUED from June 29, 2016, to August 3, 2016, with the Joint Statement accordingly due on July 27, 2016.

IT IS SO ORDERED.

Dated: June 22, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER CONTINUING HEARING ON MTC FURTHER DISCOVERY BY COUNTY DEFENDANTS       -1-