1  **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**

2  ROBERT F. TYLER, JR. (SBN 63055)
rtyler@wilkefleury.com

3  NEAL C. LUTTERMAN (SBN174681)
nlutterman@wilkefleury.com

4  400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

5  Telephone:      (916) 441-2430
Facsimile:      (916) 442-6664

6  Attorneys for Defendants Regents of the
University Of California, now sued as The

7  University Of California Davis Health
System, and Dr. Gregory Sokolov and Dr.

8  Robert Hales

**PORTER SCOTT**
John R. Whitefleet, Esq.
rwhitefleet@porterscott.com
Adam Debow, Esq.
adebow@porterscott.com
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
Attorneys for Defendant Ivan Orozco

9  **HADSELL STORMER & RENICK LLP**
Barbara Enloe Hadsell, Esq.

10  bhadsell@hadsellstormer.com
Joshua Piovia-Scott, Esq.

11  jps@hadsellstormer.com
Daniel Stormer, Esq.

12  dstormer@hadsellstormer.com
Acrivi Coromelas, Esq.

13  acoromelas@hadsellstormer.com
Caitlan McLoon, Esq.

14  cmcloon@hadsellstormer.com
128 N. Fair Oaks Ave.

15  Pasadena, CA 91103
Telephone: (626) 585-9600

16  Facsimile: 626-577-7079
**RIFKIN LAW OFFICE**

17  Lori Rifkin, Esq.
lrifkin@rifkinlawoffice.com

18  P.O. Box 19169
Oakland, CA 94619

19  Facsimile: (415) 685-9351

20  Attorneys for Plaintiffs James Joshua
Mayfield, James Allison Mayfield, Jr., and

21  Terri Mavfield

**LONGYEAR, O'DEA & LAVRA, LLP**
Van Longyear, Esq.
longyear@longyearlaw.com
Peter C. Zilaff, Esq.
zilaff@longyearlaw.com
Nicole Cahill, Esq.
cahill@longyearlaw.com
3620 American River Drive, Ste. 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
Attorneys for Defendants County Of Sacramento;
Scott Jones, Sheriff; James Lewis; Rick Pattison

UNITED STATES DISTRICT COURT

22

23  EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

24  JAMES JOSHUA MAYFIELD; et al.,

25          Plaintiffs,

26          v.

27  IVAN OROZCO; et al.,
                Defendants.

28

Case No. 2:13-CV-02499-JAM-AC

**STIPULATION RE: EXTENSION OF EXPERT DISCOVERY DEADLINES**

Complaint Filed: December 3, 2013
1st Amended Complaint Filed: March 26, 2014
2nd Amended Complaint Filed: March 19, 2015
3rd Amended Complaint Filed: June 22, 2015
Trial Date: May 1, 2017

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1465625.1 STIPULATION RE: EXTENSION OF DATES
OF EXPERT DISCOVERY DEADLINES

-1-                    2:13-CV-02499-JAM-AC

1   **IT IS HEREBY STIPULATED BY THE PARTIES TO ACTION NO. 2:13-CV-02499-JAM-AC**

2   **AS FOLLOWS:**

3   WHEREAS, on December 3, 2013, plaintiffs James Joshua Mayfield, James Allison Mayfield,

4   Jr. and Terry Mayfield (hereafter, collectively referred to as "plaintiffs") filed the instant action

5   against defendants Ivan Orozco, Sheriff Scott Jones, James Lewis, Rick Pattison, County of

6   Sacramento, University of California Davis Health System, Dr. Gregory Sokolov, in his individual

7   capacity, and Dr. Robert Hales (hereafter, collectively referred to as "defendants"); and

8   WHEREAS, on April 20, 2015, the court filed its Status (Pretrial Scheduling) Order, in which

9   the court set forth all the operative dates governing scheduling of events in this case. In its order, the

10  court ordered expert disclosures under Federal Rule of Civil Procedure 26(a)(2) to take place by

11  August 12, 2016. Supplemental disclosures and disclosure of rebuttal experts under Federal Rule of

12  Civil Procedure 26(a)(2)(c) were to be made by August 26, 2016. The court further ordered that all

13  discovery, including all depositions, be completed by October 14, 2016; and

14  WHEREAS, the parties to this action have been working diligently to complete discovery, it

15  has come to light that it will be difficult, if not impossible, to complete an independent medical

16  examination ("IME") of plaintiff James Joshua Mayfield, and complete the disclosure of expert

17  reports, and complete the depositions of experts, by the dates set forth above; and

18  WHEREAS, the parties have met and conferred and have agreed, and hereby stipulate, to an

19  extension of the expert discovery deadlines as follows:

20  1.   Extend the expert disclosure date from August 12, 2016 to **September 22, 2016**;

21  2.   Extend the supplemental expert and rebuttal expert disclosure date from August 26,

22  2016 to **October 7, 2016**;

23  3.   The present discovery cutoff date of October 14, 2016 shall remain in place, except for

24  purposes of depositions of experts only, which shall be continued to the date of **October 26, 2016**;

25  4.   All other discovery deadlines, and all law and motion and trial dates established

26  previously by the court's pretrial Scheduling Order dated April 20, 2015 shall remain in effect.

27  / / /

28  / / /

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION RE: EXTENSION OF DATES OF          -2-          2:13-CV-02499-JAM-AC
EXPERT DISCOVERY DEADLINES                                  1465625.1

1    It is hereby stipulated, by and between the parties through their respective counsel of record,

2  that the expert discovery deadlines may be extended as set forth above, subject to approval of the

3  court.

4  DATED:  June 29, 2016            **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**

5                                   By:  _____// NEAL C. LUTTERMAN_____

6                                              NEAL C. LUTTERMAN
                                               ROBERT F. TYLER, JR.

7                                          Attorneys for Defendants
                                       REGENTS OF THE UNIVERSITY OF CALIFORNIA,

8                                      now sued as the UNIVERSITY OF CALIFORNIA DAVIS
                                       HEALTH SYSTEM, and DR. GREGORY SOKOLOV,

9                                          and DR. ROBERT HALES

10 DATED:  June 29, 2016            **HADSELL STORMER & RENICK LLP**

11                                  By:  _____// BARBARA ENLOE HADSELL_____
                                              BARBARA ENLOE HADSELL

12                                             DAN STORMER
                                               JOSH PIOVIA-SCOTT

13                                             ACRIVI COROMELAS
                                               CAITLAN McLOON

14                                         Attorneys for Plaintiffs
                                       JAMES JOSHUA MAYFIELD, JAMES ALLISON

15                                     MAYFIELD, JR., and TERRI MAYFIELD

16 DATED:  June 29, 2016            **RIFKIN LAW OFFICE**

17                                  By:  _____// LORI RIFKIN_____
                                               LORI RIFKIN

18                                         Attorneys for Plaintiffs
                                       JAMES JOSHUA MAYFIELD, JAMES ALLISON

19                                     MAYFIELD, JR., and TERRI MAYFIELD

20 DATED:  June 29, 2016            **LONGYEAR, O'DEA & LAVRA, LLP**

21                                  By:  _____// VAN LONGYEAR_____
                                               VAN LONGYEAR

22                                             PETER ZILAFF
                                               NICOLE CAHILL

23                                         Attorneys for Defendants
                                       COUNTY OF SACRAMENTO; SCOTT JONES,

24                                     SHERIFF; JAMES LEWIS; RICK PATTISON

25 DATED:  June 29, 2016            **PORTER SCOTT**

26                                  By:  _____// JOHN R. WHITEFLEET_____
                                               JOHN R. WHITEFLEET

27                                             ADAM DEBOW
                                           Attorneys for Defendant

28                                             IVAN OROZCO

Wilke, Fleury,
Hoffelt, Gould &
Birney, LLP
Attorneys at Law
Sacramento

STIPULATION RE: EXTENSION OF DATES OF
EXPERT DISCOVERY DEADLINES                    -3-                    2:13-CV-02499-JAM-AC
                                                                    1465625.1

## <u>ATTESTATION REGARDING SIGNATURES</u>

I, Neal C. Lutterman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filings content and have authorize the filing.


DATED: June 29, 2016                                 _____// NEAL C. LUTTERMAN_____
                                                                              Neal C. Lutterman

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION RE: EXTENSION OF DATES OF
EXPERT DISCOVERY DEADLINES                    -4-                    2:13-CV-02499-JAM-AC
                                                                                              1465625.1

1

## <u>ORDER OF RE: EXTENSION OF EXPERT DISCOVERY DEADLINES</u>

2       Based upon the foregoing Stipulation of the parties and good cause appearing, it is hereby

3   ordered that:

4       1.      Expert disclosures are now due on **<u>September 22, 2016</u>**;

5       2.      Supplemental expert and rebuttal expert disclosures are now due on **<u>October 7, 2016</u>**;

6       3.      The present discovery cutoff date of October 14, 2016 shall remain in place, except for

7   purposes of depositions of experts only, which shall be continued to the date of **<u>October 26, 2016</u>**;

8       4.      All other discovery deadlines, and all law and motion and trial dates established

9   previously by the court's pretrial Scheduling Order dated April 20, 2015 shall remain in effect.

10

11  Dated: 6/29/2016                    /s/ John A. Mendez_____
                                        JOHN A. MENDEZ.
12                                      United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION RE: EXTENSION OF DATES OF            -5-            2:13-CV-02499-JAM-AC
EXPERT DISCOVERY DEADLINES                                     1465625.1