| | |
|---|---|
| **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**<br>ROBERT F. TYLER, JR. (SBN 63055)<br>rtyler@wilkefleury.com<br>NEAL C. LUTTERMAN (SBN174681)<br>nlutterman@wilkefleury.com<br>BIANCA S. WATTS (SBN 278231)<br>bwatts@wilkefleury.com<br>400 Capitol Mall, Twenty-Second Floor<br>Sacramento, California 95814<br>Telephone:    (916) 441-2430<br>Facsimile:    (916) 442-6664<br>Attorneys for Defendants Regents of the University Of California, now sued as The University Of California Davis Health System, and Dr. Gregory Sokolov and Dr. Robert Hales | **PORTER SCOTT**<br>John R. Whitefleet, Esq.<br>rwhitefleet@porterscott.com<br>Adam Debow, Esq.<br>adebow@porterscott.com<br>350 University Avenue, Suite 200<br>Sacramento, CA 95825<br>Telephone: (916) 929-1481<br>Facsimile: (916) 927-3706<br>Attorneys for Defendant Ivan Orozco |
| **HADSELL STORMER & RENICK LLP**<br>Barbara Enloe Hadsell, Esq.<br>bhadsell@hadsellstormer.com<br>Joshua Piovia-Scott, Esq.<br>jps@hadsellstormer.com<br>Daniel Stormer, Esq.<br>dstormer@hadsellstormer.com<br>Acrivi Coromelas, Esq.<br>acoromelas@hadsellstormer.com<br>Caitlan McLoon, Esq.<br>cmcloon@hadsellstormer.com<br>128 N. Fair Oaks Ave.<br>Pasadena, CA 91103<br>Telephone: (626) 585-9600<br>Facsimile: 626-577-7079<br>**RIFKIN LAW OFFICE**<br>Lori Rifkin, Esq.<br>lrifkin@rifkinlawoffice.com<br>P.O. Box 19169<br>Oakland, CA 94619<br>Facsimile: (415) 685-9351<br>Attorneys for Plaintiffs James Joshua Mayfield, James Allison Mayfield, Jr., and Terri Mayfield | **LONGYEAR, O'DEA & LAVRA, LLP**<br>Van Longyear, Esq.<br>longyear@longyearlaw.com<br>Peter C. Zilaff, Esq.<br>zilaff@longyearlaw.com<br>Nicole Cahill, Esq.<br>cahill@longyearlaw.com<br>3620 American River Drive, Ste. 230<br>Sacramento, CA 95864<br>Telephone: (916) 974-8500<br>Facsimile: (916) 974-8510<br>Attorneys for Defendants County Of Sacramento; Scott Jones, Sheriff; James Lewis; Rick Pattison |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES JOSHUA MAYFIELD; JAMES ALLISON MAYFIELD, JR.; and TERRI MAYFIELD,<br><br>          Plaintiffs, | Case No. 2:13-CV-02499-JAM-AC<br><br>**ASSIGNED TO THE HONORABLE JOHN A. MENDEZ – COURTROOM 6** |

1469580.1     -1-     STIPULATION RE IME OF PLAINTIFF JAMES JOSHUA MAYFIELD

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

|  |  |
|---|---|
| v.<br><br>IVAN OROZCO, in his individual capacity; SHERIFF SCOTT JONES, in his individual and official capacity; RICK PATTISON, in his individual and official capacity, COUNTY OF SACRAMENTO; UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM; and DR. GREGORY SOKOLOV, in his individual capacity; DR. ROBERT HALES, in his individual capacity, and DOES 1-5,<br><br>        Defendants. | **STIPULATION RE IME OF PLAINTIFF JAMES JOSHUA MAYFIELD**<br><br>Complaint Filed: December 3, 2013<br>1st Amended Complaint Filed: March 26, 2014<br>2nd Amended Complaint Filed: March 19, 2015<br>3rd Amended Complaint Filed: June 22, 2015<br>4th Amended Complaint Filed: June 20, 2016<br>Trial Date: May 17, 2017 |

**IT IS HEREBY STIPULATED BY THE PARTIES TO CASE NO. 2:13-CV-02499-JAM-AC AS FOLLOWS:**

1. The defense will conduct one joint independent medical examination ("IME") of Plaintiff JAMES JOSHUA MAYFIELD ("Plaintiff") pursuant to Fed. R. Civ. Proc. 35;

2. The IME will be completed on August 25, 2016 at Plaintiff's home;

3. The IME will last no more than 3 hours;

4. Only one physical examiner, Dr. Thomas Hedge ("Dr. Hedge"), and one life care planner, Stacy Helvin ("Ms. Helvin"), will be present at the examination for the defense;

5. Plaintiffs will also have one life care planner, Dr. Walter Harrell ("Dr. Harrell"), and Dr. Juan Latorre, Physical Medicine and Rehabilitation ("Dr. Latorre"), present during the IME;

6. Ms. Helvin, Dr. Harrell and Dr. Latorre will remain silent during the examination by Dr. Hedge;

7. Given that Plaintiffs will have an attorney present during the IME, defendants will also have one attorney present during the IME;

8. CVs of Dr. Hedge, Ms. Helvin, Dr. Harrell and Dr. Latorre will be exchanged by the parties upon execution of this Stipulation.

9. Pursuant to Federal Rule of Civil Procedure Rule 35(b), Defendants agree to produce the IME report of Dr. Hedge, as well Ms. Helvin's report of what she observed during the IME by September 22, 2016. Plaintiffs likewise agree to produce the reports of Drs. Harrell and Latorre on

September 22, 2016.

DATED: July 13, 2016    **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**

By: _____/s/ Bianca S. Watts_____
NEAL C. LUTTERMAN
ROBERT F. TYLER, JR.
BIANCA S. WATTS
Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA,
now sued as the UNIVERSITY OF CALIFORNIA DAVIS
HEALTH SYSTEM, and DR. GREGORY SOKOLOV,
and DR. ROBERT HALES

DATED: July 13, 2016    **HADSELL STORMER & RENICK LLP**
**RIFKIN LAW OFFICE**

By: _____/s/ - Barbara Enloe Hadsell_____
BARBARA ENLOE HADSELL
DAN STORMER
JOSH PIOVIA-SCOTT
ACRIVI COROMELAS
CAITLAN McLOON
Attorneys for Plaintiffs
JAMES JOSHUA MAYFIELD, JAMES ALLISON
MAYFIELD, JR., and TERRI MAYFIELD

DATED: July 13, 2016    **LONGYEAR, O'DEA & LAVRA, LLP**

By: _____/s/ - Van Longyear_____
VAN LONGYEAR
PETER ZILAFF
NICOLE CAHILL
Attorneys for Defendants
COUNTY OF SACRAMENTO; SCOTT JONES,
SHERIFF; JAMES LEWIS; RICK PATTISON

DATED: July 13, 2016    **PORTER SCOTT**

By: _____/s/ - Adam DeBow_____
JOHN R. WHITEFLEET
ADAM DEBOW
Attorneys for Defendant
IVAN OROZCO

**ATTESTATION REGARDING SIGNATURES**

I, Bianca S. Watts, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filings content and have authorize the filing.

DATED: July 13, 2016                         /s/ Bianca S. Watts
                                                                Bianca S. Watts

**ORDER OF RE: IME OF PLAINTIFF JAMES JOSHUA MAYFIELD**

Based upon the foregoing Stipulation of the parties and good cause appearing, it is hereby ordered that:

1. The defense will conduct one joint independent medical examination ("IME") of Plaintiff JAMES JOSHUA MAYFIELD ("Plaintiff") pursuant to Fed. R. Civ. Proc. 35;

2. The IME will be completed on August 25, 2016 at Plaintiff's home;

3. The IME will last no more than 3 hours;

4. Only one physical examiner, Dr. Thomas Hedge ("Dr. Hedge"), and one life care planner, Stacy Helvin ("Ms. Helvin"), will be present at the examination for the defense;

5. Plaintiffs will also have one life care planner, Dr. Walter Harrell ("Dr. Harrell"), and Dr. Juan Latorre, Physical Medicine and Rehabilitation ("Dr. Latorre"), present during the IME;

6. Ms. Helvin, Dr. Harrell and Dr. Latorre will remain silent during the examination by Dr. Hedge;

7. Given that Plaintiffs will have an attorney present during the IME, defendants will also have one attorney present during the IME;

8. CVs of Dr. Hedge, Ms. Helvin, Dr. Harrell and Dr. Latorre will be exchanged by the parties upon execution of this Stipulation; and

9. Defendants agree to produce the IME report of Dr. Hedge, as well Ms. Helvin's report of what she observed during the IME by September 22, 2016. Plaintiffs likewise agree to produce the reports of Drs. Harrell and Latorre on September 22, 2016.

**IT IS SO ORDERED.**

Dated: July 14, 2016          By: /s/ John A. Mendez
                                   JOHN A. MENDEZ.
                                   United States District Court Judge