UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD, JR., and TERRI MAYFIELD,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>IVAN OROZCO, SHERIFF SCOTT JONES, JAMES LEWIS, RICK PATTISON, COUNTY OF SACRAMENTO, UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, DR. ROBERT HALS, and Does 1-5,<br><br>　　　　　　　Defendants. | No.  2:13-cv-02499 JAM AC<br><br>ORDER |

　　　The parties have, by stipulation, requested an Order as required by Federal Rule of Civil Procedure  30((A)(2)(b) to depose three prison inmates in connection with this action.

　　　The court, having reviewed that stipulation and being familiar with the record in this case, hereby rules as follows:

　　　The parties may, through their counsel of record, depose the following inmates at the stated locations on or before the discovery deadline of October 12, 2016:

　　　1.　　Nicholas Newsome, Salinas Valley Prison, located at 31625 U.S. 101, Soledad , California 93960;

1

2. Nathaniel Carter, Salinas Valley Prison, located at 31625 U.S. 101, Soledad, California 93960;

3. Quentin Carthen, North Kern State Prison, 2737 W. Cecil Avenue, Delano, California 93215.

**IT IS SO ORDERED.**

DATED: August 26, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE