Barbara Enloe Hadsell, CSB No. 086021
Dan Stormer, CSB No. 101967
Acrivi Coromelas, CSB No. 298305
Caitlin McLoon, CSB No. 302798
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600 Fax: (626) 577-7079

Joshua Piovia-Scott, CSB No. 222364
Lori Rifkin, CSB No. 244081
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, California 94608
Tel: (415) 685-3591 Fax: (626) 577-7079

Attorneys for Plaintiffs

Robert F. Tyler, CSB No. 63055
Neal C. Lutterman, CSB No. 174681
Bianca S. Watts, CSB No. 278231
WILKE, FLEURY, HOFFELT, et al
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Tel: (916) 441-2430 Fax: (916) 442-6664

Attorneys for Defendants Regents of the University of California, Gregory Sokolov, and Robert Hales

John R. Whitefleet, CSB No. 213301
Adam DeBow, CSB No. 305809
PORTER SCOTT
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: (916) 929-1481 Fax: (916) 927-3706

Attorneys for Defendant Ivan Orozco

Van Longyear, CSB No. 84189
Peter C. Zilaff, CSB No. 272658
Nicole M. Cahill, CSB No. 287165
LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: (916) 974-8500 Fax: (916) 974-8510

Attorneys for Defendants County of Sacramento, Scott Jones, James Lewis and Rick Pattison

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of JAMES JOSHUA MAYFIELD, by and through LISA BERG, as Conservator; JAMES ALLISON MAYFIELD, JR.; and TERRI MAYFIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>IVAN OROZCO, et al.,<br><br>Defendants. | CASE NO.  2:13-CV-02499-JAM-AC<br><br>**STIPULATION RE MOTION FOR SUMMARY JUDGMENT DUE DATES** |

Plaintiffs Estate of James Joshua Mayfield, by and through Lisa Berg, as Conservator; James Allison Mayfield, Jr.; and Terri Mayfield; and Defendants County of Sacramento; Scott Jones; James Lewis; and Rick Pattison, stipulate as follows:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

  The purpose of this stipulation is to request that the court modify the existing scheduling order by extending Defendants County of Sacramento, Scott Jones, James Lewis, and Rick Pattison's ("County Defendants") last day to file and serve dispositive motions.

  This case arises as a result of injuries sustained by James Joshua Mayfield during his incarceration in the Sacramento County Main Jail. Plaintiff has brought various federal claims, including excessive force, deliberate indifference to serious medical need, discrimination on the basis of disability (ADA), as well as various state law claims.

  Under the current scheduling order, the parties were to meet and confer by October 19, 2016 regarding filing cross motions for summary judgment. Counsel for Plaintiffs indicated their intention to file a motion for partial summary judgment against Defendant County of Sacramento. Counsel for the County Defendants indicated their intention to file a motion for summary judgment as to all claims. The parties further conferred regarding the corresponding due dates under the Court's Order Re Filing Requirements (ECF 129-2), given the hearing on dispositive motions scheduled for February 8, 2017[1] and the scheduled dispositive motion cutoff date of November 16, 2016. On Friday, October 28, 2016, counsel for the County Defendants and counsel for Plaintiffs agreed on a briefing schedule for motions for summary judgment, which stipulated that Plaintiffs would file their motion on November 2, 2016, and the County Defendants' motion and opposition to Plaintiffs' motion would be filed by December 12, 2016. Counsel for Defendants University of California Davis Health Systems (UCDHS), Dr. Sokolov, and Dr. Hales ("JPS Defendants"), and Deputy Orozco agreed to the briefing schedule on Monday, October 31, 2016. On October 31, 2016, Plaintiffs' counsel informed counsel for County Defendants that they no longer intended to file affirmative motions for summary judgment against Defendant Sacramento County. Counsel for the County Defendants reached out to counsel for the Plaintiffs that day regarding an extension to file and serve their motion for summary judgment. Plaintiff's counsel graciously agreed to an extension of one week, allowing County Defendants to file their motion by November 23, 2016. The JPS Defendants and

---

[1] The Court has since moved the hearing date on dispositive motions from February 8, 2017 to February 7, 2017; however, at the time of the parties' discussions, the hearing date was set for February 8, 2017. (ECF 143)

Defendant Orozco do not seek an extension as to their motions and do not oppose the grant of this extension to the County Defendants.

      The parties stipulate to modify the scheduling order as follows:

      Last day for County Defendants to file dispositive motions: November 23, 2016. All other dates, including the hearing date for dispositive motions on February 7, 2017, shall remain the same.

      IT IS SO STIPULATED

Dated: November 4, 2016              HADSELL STORMER & RENICK LLP

By: */S/:     Acrivi Coromelas*
    Acrivi Coromelas
    Attorneys for Plaintiffs

Dated: November 4, 2016              WILKE, FLEURY, HOFFELT, et al.

By: */s/ Robert Tyler*
    Neal Lutterman
    Attorneys for Defendants,
    Regents, et al.

Dated: November 4, 2016              PORTER SCOTT

By: */s/ Adam Debow*
    Adam DeBow
    Attorneys for Defendant,
    Ivan Orozco

Dated: November 4, 2016              LONGYEAR, O'DEA & LAVRA, LLP

By: */s/* Nicole M. Cahill
    Nicole M. Cahill
    Attorneys for Defendants,
    County of Sacramento, et al.

**ORDER**

Pursuant to stipulation, it is ordered that the last day for the County Defendants to file dispositive motions shall be November 23, 2016.  All other dates shall remain the same.

**IT IS SO ORDERED:**

Dated:  November 7, 2016

                                      /s/ John A. Mendez_____
John A. Mendez
United States District Court Judge