**HADSELL STORMER & RENICK LLP**
Barbara Enloe Hadsell, Esq.
bhadsell@hadsellstormer.com
Daniel Stormer, Esq.
dstormer@hadsellstormer.com
Acrivi Coromelas, Esq.
acoromelas@hadsellstormer.com
Caitlan McLoon, Esq.
cmcloon@hadsellstormer.com
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

**HADSELL STORMER & RENICK LLP**
Joshua Piovia-Scott, Esq.
jps@hadsellstormer.com
Lori Rifkin, Esq.
lrifkin@hadsellstormer.com
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591
Facsimile:  (626) 577-7079
Attorneys for Plaintiffs James Joshua Mayfield, James Allison Mayfield, Jr., and Terri Mayfield

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
ROBERT F. TYLER, JR. (SBN 63055)
rtyler@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Telephone:     (916) 441-2430
Facsimile:      (916) 442-6664
Attorneys for Defendants Regents of the University Of California, now sued as The University Of California Davis Health System, and Dr. Gregory Sokolov, and Dr. Robert Hales

**PORTER SCOTT**
John R. Whitefleet, Esq.
jwhitefleet@porterscott.com
Adam Debow, Esq.
adebow@porterscott.com
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
Attorneys for Defendant Ivan Orozco

**LONGYEAR, O'DEA & LAVRA, LLP**
Van Longyear, Esq.
longyear@longyearlaw.com
Peter C. Zilaff, Esq.
zilaff@longyearlaw.com
Nicole Cahill, Esq.
cahill@longyearlaw.com
3620 American River Drive, Ste. 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
Attorneys for Defendants County Of Sacramento; Scott Jones, Sheriff; James Lewis; Rick Pattison

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES JOSHUA MAYFIELD; et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>IVAN OROZCO, et al,<br><br>  Defendants. | Case No. 2:13-CV-02499-JAM-AC<br><br>**ORDER RE: DISMISSAL OF THE THIRTEENTH CAUSE OF ACTION ONLY AS TO DEFENDANT IVAN OROZCO**<br><br>Complaint Filed: December 3, 2013<br>1st Amended Complaint Filed: March 26, 2014<br>2nd Amended Complaint Filed: March 19, 2015<br>3rd Amended Complaint Filed: June 22, 2015<br>4th Amended Complaint Filed: June 20, 2016<br>Trial Date: May 1, 2017 |

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
Sacramento

1

## <u>ORDER OF DISMISSAL</u>

2       Based upon the concurrently filed Stipulation of the parties and good cause

3   appearing, it is hereby ordered that Defendant Ivan Orozco is hereby dismissed only

4   from the Thirteenth Cause of Action in Case No. 2:13-CV-02499-JAM-AC, *James*

5   *Joshua Mayfield, et al. v. Ivan Orozco, et al.*

6

7   Dated:  11/9/2016                          /s/ John A. Mendez
                                               JOHN A. MENDEZ
8                                              United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROP] ORDER RE: DISMISSAL OF THE 13TH CAUSE          -2-          2:13-CV-02499-JAM-AC
OF ACTION ONLY AS TO DEFT IVAN OROZCO                                       1454481.1