UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. MAYFIELD, JAMES ALLISON MAYFIELD, JR., and TERRI MAYFIELD<br><br>Plaintiffs,<br><br>v.<br><br>IVAN OROZCO, SHERIFF SCOTT JONES, JAMES LEWIS, RICK PATTISON, COUNTY OF SACRAMENTO, UNIVERSITY OF CALIFORNIA DAVIS HEALTHSYSTEM, DR. GREGORY SOKOLOV, DR. ROBERT HALS, and Does 1-5,<br><br>Defendants. | No. 2:13-cv-02499 JAM AC<br><br><br><br>ORDER |

On October 26, 2016, plaintiffs filed a Motion to Compel Discovery and noticed it for hearing on November 16, 2016. ECF No. 141. The Scheduling Order governing this case provides as follows:

> All discovery shall be completed by October 14, 2016. In this context, "completed" means that all discovery shall have been concluded so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

ECF No. 41 at 3.

1

On June 30, 2016, U.S. District Judge Mendez extended the deadline for expert depositions to October 26, 2016, and confirmed that "[a]ll other discovery deadlines. . . shall remain in effect."  ECF No. 115 at 5.

The pending discovery motion was not brought in time to be resolved, and any resulting orders complied with, by the applicable deadline.  The dispute arose in the course of an expert deposition taken on October 18, 2016, approximately one week before the extended deadline for taking such depositions.  The fact that plaintiffs conducted the deposition without time left in the discovery period to litigate any disputes does not exempt them from the terms of Judge Mendez's scheduling orders.

Discovery is now closed.  The undersigned will not hear any discovery disputes unless and until Judge Mendez has amended the operative Scheduling Order to permit such motions.

Accordingly, plaintiff's Motion to Compel Discovery, ECF 141, is DENIED without prejudice and the matter is VACATED from calendar.

**IT IS SO ORDERED.**

DATED:  November 15, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE