WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
SCOTT L. GASSAWAY (SBN 53581)
sgassaway@wilkefleury.com
ROBERT F. TYLER, JR. (SBN 63055)
rtyler@wilkefleury.com
NEAL C. LUTTERMAN
nlutterman@wilkefleury.com (SBN 174681)
BIANCA S. WATTS (SBN 278231)
bwatts@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA, now sued as the UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, sued in his individual capacity, and DR. ROBERT HALES, sued in his individual capacity

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Estate of JAMES JOSHUA MAYFIELD, by and through LISA BERG, as Conservator; JAMES ALLISON MAYFIELD, JR.; and TERRI MAYFIELD,<br><br>            Plaintiffs,<br><br>     v.<br><br>IVAN OROZCO, in his individual capacity; SHERIFF SCOTT JONES, in his individual and official capacity; RICK PATTISON, in his individual and official capacity, COUNTY OF SACRAMENTO; UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM; and DR. GREGORY SOKOLOV, in his individual capacity; DR. ROBERT HALES, in his individual capacity, and DOES 1-5,<br><br>            Defendants. | Case No. 2:13-CV-02499-JAM-AC<br><br>**ASSIGNED TO THE HONORABLE JOHN A. MENDEZ – COURTROOM 6**<br><br>**ORDER GRANTING REQUEST TO SEAL RECORDS FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: December 3, 2013<br>1st Amended Complaint Filed: March 26, 2014<br>2nd Amended Complaint Filed: March 19, 2015<br>3rd Amended Complaint Filed: June 22, 2015<br>4th Amended Complaint Filed: June 20, 2016<br>Trial Date: May 1, 2017 |

/ / /

/ / /

/ / /

The REGENTS OF THE UNIVERSITY OF CALIFORNIA, now sued as the UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM's, DR. GREGORY SOKOLOV's, and DR. ROBERT HALES's, Request to Seal Records to Be Filed in Support of Defendants' Motion for Summary Judgment is GRANTED.

IT IS HEREBY ORDERED that:

1.   The UC Defendants' Memorandum of Points and Authorities, Separate Statement, and Exhibits "A" through "Q", including all attachments thereto, in support of their Motion for Summary Judgment shall be filed and sealed.

2.   Other than the Court and its staff, the foregoing records will be visible and accessible to the following individuals only:

 a.   Barbara Enloe Hadsell, Dan Stormer, Joshua Piovia-Scott, Acrivi Coromelas, and Caitlan McLoon of HADSELL STORMER & RENICK LLP and associate attorneys in their office, and Lori Rifkin of the RIFKIN LAW OFFICE, and associate attorneys in her office, as counsel for Plaintiffs JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD JR., and TERRI MAYFIELD, in the case enumerated above;

 b.   Van Longyear, Peter Zilaff, and Nicole Cahill of LONGYEAR, O'DEA & LAVRA, LLP and associate attorneys in their office, as counsel for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JAMES LEWIS, and RICK PATTISON, in the case enumerated above;

 c.   Robert F. Tyler, Jr., Neal C. Lutterman, Scott Gassaway and Bianca S. Watts of WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP and associate attorneys of their office, as counsel for Defendants UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, and DR. ROBERT HALES, in the case enumerated above; and

 d.   John Whitefleet and Adam Debow PORTER SCOTT, and associate attorneys in their office, as counsel for Defendant IVAN OROZCO, in the case enumerated above; and

 e.   Paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in subparts (a)-(d) immediately above, including stenographic deposition reports or videographers retained in connection with this action.

3. The foregoing records contained will remain under seal until the conclusion of this litigation.

**IT IS SO ORDERED.**

**DATED: 11/16/2016**

/s/ John A. Mendez

United States District Court Judge

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1526638.1

-3-

2:13-CV-02499-JAM-AC
[PROPOSED] ORDER ON REQUEST TO SEAL RECORDS