UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD, JR., and TERRI MAYFIELD, | No.  2:13-cv-02499 JAM AC |
| Plaintiffs, | ORDER |
| v. | |
| IVAN OROZCO, SHERIFF SCOTT JONES, JAMES LEWIS, RICK PATTISON, COUNTY OF SACRAMENTO, UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, DR. ROBERT HALS, and Does 1-5, | |
| Defendants. | |

  Plaintiffs have filed two motions for attorneys fees, one against County defendants and one against UC Davis defendants, both noticed for hearing on December 19, 2016.  Having reviewed the moving papers, oppositions and replies, the court notes that the parties have failed to establish the relevant rate in the Eastern District of California or a basis for deviating from that rate as required by Camacho v. Bridgeport Financial, Inc., 523 F.3d 973 (2008), instead addressing only the rates charged by plaintiffs in similar cases without reference to this community's rates.  See also Morgan Hill Concerned Parents Assoc. v. California Dept. of

1

Education, 2016 WL 4375015 at 13 (E.D. Cal. Aug. 17, 2016); Lehr v. City of Sacramento, 2013 WL 13286549 at *4 (E.D. Cal. April 2, 2013).

In light of the foregoing **IT IS HEREBY ORDERED** that:

1. The December 21, 2016 hearing on plaintiff's Motion for Reasonable Expenses and Sanctions (ECF No. 160) and Motion for Reasonable Expenses (ECF No. 161) is VACATED;
2. The parties shall file simultaneous Supplemental Briefs, addressing the appropriate rate to be applied in this case, within 21 days of this Order;
3. The parties may each file a Reply Memorandum 7 days thereafter.

DATED: December 19, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE