Barbara Enloe Hadsell, Esq. [S.B. #086021]
Dan Stormer, Esq. [S.B. # 101967]
Acrivi Coromelas, Esq. [S.B. #298305]
Caitlan McLoon, Esq. [S.B. #302798]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600/Fax:  (626) 577-7079
Emails: bhadsell@hadsellstormer.com
        dstormer@hadsellstormer.com
        acoromelas@hadsellstormer.com
        cmcloon@hadsellstormer.com

Joshua Piovia-Scott, Esq. [S.B. #222364]
Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Tel: (415) 685-3591/Fax:  (626) 577-7079
Email: jps@hadsellstormer.com
       lrifkin@hadsellstormer.com

Attorneys for Plaintiffs

[Counsel for Defendants listed on next page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES JOSHUA MAYFIELD, et al., | Case No.: 2:13-CV-02499-JAM-AC |
| Plaintiffs, | [Assigned to the Honorable John A. Mendez – Courtroom 6] |
| vs. | **AMENDED STIPULATION BETWEEN PLAINTIFFS ESTATE OF JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD, AND TERRI MAYFIELD AND DEFENDANTS UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, AND DR. ROBERT HALES TO CONTINUE HEARING DATE RE: MOTION TO BIFURCATE TRIAL; ORDER** |
| IVAN OROZCO, et al., | |
| Defendants. | |
| | Complaint filed:      December 3, 2013<br>Discovery Cut-Off:   October 14, 2016<br>Motion Cut-Off:       February 8, 2017<br>Trial Date:           May 1, 2017 |

[continued from first page]

Scott L. Gassaway, Esq. [S.B. #53581]
Robert F. Tyler, Esq. [S.B. #63055]
Neal C. Lutterman, Esq. [S.B. #174681]
Bianca S. Watts, Esq. [S.B. #278231]
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
400 Capitol Mall, 22nd Floor
Sacramento, California 95814-4407
Telephone: (916) 441-2430
Facsimile: (916) 442-6664
Email: sgassaway@wilkefleury.com
       rtyler@wilkefleury.com
       nlutterman@wilkefleury.com
       bwatts@wilkefleury.com

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA, now sued as the UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, sued in his individual capacity, and DR. ROBERT HALES, sued in his individual capacity

**IT IS HEREBY STIPULATED BETWEEN PLAINTIFFS ESTATE OF JAMES JOSHUA MAYFIELD, BY AND THROUGH LISA BERG, AS CONSERVATOR, JAMES ALLISON MAYFIELD, JR., AND TERRI MAYFIELD, AND DEFENDANTS THE UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, AND DR. ROBERT HALES AS FOLLOWS:**

WHEREAS, on December 23, 2016, Defendants Regents of the University of California, now sued as the University of California Davis Health System, Dr. Gregory Sokolov, and Dr. Robert Hales ("JPS Defendants") noticed a Motion to Bifurcate Trial for hearing on January 24, 2017 (ECF No. 172);

WHEREAS, the present hearing date requires Plaintiffs Estate of James Joshua Mayfield, by and through Lisa Berg, as Conservator, James Allison Mayfield, Jr., and Terri Mayfield ("Plaintiffs") to oppose the Motion to Bifurcate at the same time as they are opposing three sizeable summary judgment motions in this same matter; and

WHEREAS, a brief continuance of the hearing on JPS Defendants' Motion to Bifurcate will not prejudice any party to this action nor delay the May 1, 2017 trial;

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS AND JPS DEFENDANTS, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, that the hearing on the Motion to Bifurcate is continued from January 24, 2017 to February 21, 2017, with briefing due in accordance with the Local and Federal Rules.

Respectfully submitted,

Dated: January 6, 2017      HADSELL STORMER& RENICK LLP

By   /s/ - Caitlan McLoon
     Barbara Enloe Hadsell
     Dan Stormer
     Josh Piovia-Scott
     Lori Rifkin
     Acrivi Coromelas
     Caitlan McLoon
     Attorneys for Plaintiffs
     JAMES JOSHUA MAYFIFFS,
     JAMES ALLISON MAYFIELD JR.,
     TERRI MAYFIELD

Dated: January 6, 2017      WILKE FLEURY HOFFELT
                            GOULD & BIRNEY

By   /s/ - Neal Lutterman
     Robert F. Tyler, Jr.
     Neal C. Lutterman
     Bianca Watts
     Attorney for Defendants
     UNIVERSITY OF CALIFORNIA
     DAVIS HEALTH SYSTEM, DR.
     GREGORY SOKOLOV, DR.
     ROBERT HALES

### Attestation Regarding Signatures

I, Caitlan McLoon, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 6, 2017      By   /s/ - Caitlan McLoon
                                 Caitlan McLoon

1  **ORDER CONTINUING HEARING DATE RE: MOTION TO BIFURCATE**
2  **TRIAL**
3      Pursuant to the foregoing Stipulation between Plaintiffs and Defendants the
4  University of California Davis Health System, Dr. Gregory Sokolov, and Dr.
5  Robert Hales, and good cause appearing, the hearing on the Motion to Bifurcate
6  Trial is hereby CONTINUED from January 24, 2017, to February 21, 2017 at 1:30
7  p.m.  Plaintiffs' opposition and Defendants' reply are due in accordance with the
8  Federal and Local Rules.
9      **IT IS SO ORDERED.**

12  Dated:  1/6/2017                                      /s/ John A. Mendez
                                                         HONORABLE JOHN A. MENDEZ
13                                                        United States District Court Judge

AMND STIP TO CONTINUE HEARING
RE: MOTION TO BIFURCATE;                    -3-
[PROPOSED] ORDER