LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
NICOLE M. CAHILL, CSB NO. 287165
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: (916) 974-8500 Fax: (916) 974-8510

Attorneys for Defendants, County of Sacramento, Scott Jones,
James Lewis and Rick Pattison

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JAMES JOSHUA MAYFIELD, by and through LISA BERG, as Conservator; JAMES ALLISON MAYFIELD, JR.; and TERRI MAYFIELD,<br><br>            Plaintiffs,<br><br>vs.<br><br>IVAN OROZCO, in his individual capacity; SHERIFF SCOTT JONES, in his individual and official capacity; JAMES LEWIS, in his individual and official capacity; RICK PATTISON, in his individual and official capacity; COUNTY OF SACRAMENTO; UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM; DR. GREGORY SOKOLOV, in his individual capacity; DR. ROBERT HALES, in his individual capacity; and Does 1-5,<br><br>            Defendants. | CASE NO.  2:13-CV-02499-JAM-AC<br><br>**ORDER GRANTING COUNTY DEFENDANTS' REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         March 7, 2017<br>Time:        1:30 p.m.<br>Ctrm:        6<br>Trial date:  May 1, 2017 |

Defendants County of Sacramento, Scott Jones, James Lewis and Rick Pattison Request to Seal Portions of Documents Filed in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment, is GRANTED.

IT IS ORDERED that:

1.     Defendants' Reply to Plaintiffs' Opposition to Defendants Motion for Summary Judgment, Objection to Plaintiffs' Evidence in Support of Opposition to Defendants' Motion for Summary Judgment, and Declaration of Rick Heyer shall be filed under seal;

2. Other than the Court and its staff, the foregoing records will be visible and accessible to the following individuals only:

    (a) Van Longyear, Peter Zilaff and Nicole Cahill of LONGYEAR, O'DEA & LAVRA, LLP and associate attorneys in their office, as counsel for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JAMES LEWIS and RICK PATTISON, in the case enumerated above;

    (b) John Whitefleet and Adam DeBow of PORTER SCOTT, and associate attorneys in their office, as counsel for Defendant IVAN OROZCO, in the case enumerated above;

    (c) Robert F. Tyler, Neal C. Lutterman, Scott Gassaway and Bianca S. Watts of WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP and associate attorneys in their office, as counsel for Defendants UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, and ROBERT HALES, in the case enumerated above;

    (d) Barbara Enloe Hadsell, Dan Stormer, Joshua Piovia-Scott, Acrivi Coromelas, Caitlin McLoon and Lori Rifkin of HADSELL STORMER & RENICK LLP and associate attorneys in their office, as counsel for Plaintiffs JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD, JR., and TERRI MAYFIELD, in the case enumerated above; and

    (e) Paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in subparts (a-d) immediately above, including stenographic deposition reports or videographers retained in connection with this action.

3. The foregoing documents and records contained will remain under seal until the conclusion of this litigation.

IT IS SO ORDERED.

Dated: 2/2/2017                        /s/ John A. Mendez
                                                    The Honorable John A. Mendez