**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Adam J. DeBow, SBN 305809
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant IVAN OROZCO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JAMES JOSHUA MAYFIELD, by and through LISA BERG, as Conservator; JAMES ALLISON MAYFIELD, JR.; and TERRI MAYFIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>IVAN OROZCO, in his individual capacity; SHERIFF SCOTT JONES, in his individual and official capacity; RICK PATTISON, in his individual and official capacity; COUNTY OF SACRAMENTO; UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM; DR. GREGORY SOKOLOV, in his individual capacity; DR. ROBERT HALES, in his individual capacity; and DOES 1-5,<br><br>Defendants.<br>_____ / | Case No.: 2:13-cv-02499-JAM-AC<br><br>**ORDER GRANTING DEFENDANT IVAN OROZCO'S REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date: March 7, 2017<br>Time: 1:30 p.m.<br>Courtroom: 6<br>Judge: John A. Mendez |

Defendant IVAN OROZCO's Request to Seal Documents Filed in Support of Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, is GRANTED:

///

IT IS HEREBY ORDERED that:

1. The following documents be filed under seal: Defendants' Reply to Plaintiffs' Opposition to Defendants Motion for Summary Judgment, Objection to Plaintiffs' Evidence in Support of Opposition to Defendants' Motion for Summary Judgment, Defendant's reply to Plaintiff's response to separate statement of undisputed facts, Defendant's responses to Plaintiff's statement of additional facts, and Defendant's supplemental index of exhibits.

2. Other than the Court and its staff, the foregoing documents will be visible and accessible to the following individuals only:

    a. Barbara Enloe Hadsell, Dan Stormer, Joshua Piovia-Scott, Acrivi Coromelas, and Caitlan McLoon of HADSELL STORMER & RENICK LLP and associate attorneys in their office, and Lori Rifkin of the RIFKIN LAW OFFICE, and associate attorneys in her office, as counsel for Plaintiffs JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD JR., and TERRI MAYFIELD, in the case enumerated above;

    b. Van Longyear, Peter Zilaff, and Nicole Cahill of LONGYEAR, O'DEA & LAVRA, LLP and associate attorneys in their office, as counsel for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JAMES LEWIS, and RICK PATTISON, in the case enumerated above;

    c. Robert F. Tyler, Jr., Neal C. Lutterman, Scott Gassaway and Bianca S. Watts of WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP and associate attorneys of their office, as counsel for Defendants UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, and DR. ROBERT HALES, in the case enumerated above; and

    d. John Whitefleet and Adam DeBow PORTER SCOTT, and associate attorneys in their office, as counsel for Defendant IVAN OROZCO, in the case enumerated above; and

    e. Paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in subparts (a)-(d) immediately above, including stenographic deposition reports or videographers retained in connection with this action.

///

3. The foregoing documents and records contained will remain under seal until the

1  conclusion of this litigation.
2  **IT IS SO ORDERED.**
3
4  Dated:   2/2/2017
5
6                                              /s/ John A. Mendez___
                                               Hon. John A. Mendez
7

{01643270.DOCX}                                3
**[PROPOSED] ORDER GRANTING DEFENDANT IVAN OROZCO'S REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**