Barbara Enloe Hadsell, Esq. [S.B. #086021]
Dan Stormer, Esq. [S.B. # 101967]
Caitlan McLoon, Esq. [S.B. #302798]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600/Fax: (626) 577-7079
Emails: bhadsell@hadsellstormer.com
    dstormer@hadsellstormer.com
    cmcloon@hadsellstormer.com

Joshua Piovia-Scott, Esq. [S.B. #222364]
Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Tel: (415) 685-3591/Fax: (626) 577-7079
Email: jps@hadsellstormer.com
    lrifkin@hadsellstormer.com

Attorneys for Plaintiff

[Additional counsel continued on next page]

FILED
MAR 29 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD, JR. and TERRI MAYFIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>IVAN OROZCO, in his individual capacity, SHERIFF SCOTT JONES, in his individual and official capacity, JAMES LEWIS, in his individual and official capacity, RICK PATTISON, in his individual and official capacity, COUNTY OF SACRAMENTO, UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, in his individual capacity, DR. ROBERT HALES, in his individual capacity, and Does 1-5,<br><br>Defendants. | Case No.: 2:13-CV-02499-JAM-AC<br><br>[Assigned to the Honorable John A. Mendez – Courtroom 6]<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT NICHOLAS LEATHEL NEWSOME, CDCR # AS2262**<br><br>DATE: May 1, 2017<br>TIME: 9:00 a.m.<br>CRTRM: 6<br><br>Complaint filed: December 3, 2013<br>Discovery Cut-Off: October 14, 2016<br>Motion Cut-Off: February 8, 2017<br>Trial Date: May 1, 2017 |

ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM TO TRANSPORT
NICHOLAS NEWSOME, CDCR #AS2262

1  [Additional Counsel continued from previous page]

2  **PORTER | SCOTT**
3  A PROFESSIONAL CORPORATION
   John R. Whitefleet, SBN 213301
4  350 University Ave., Suite 200
   Sacramento, California 95825
5  TEL: 916.929.1481
   FAX: 916.927.3706

6  Attorneys for Defendant, IVAN OROZCO

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **Nicholas Newsome, inmate, CDCR # AS2262**, a necessary and material witness on behalf of Plaintiff James Joshua Mayfield and Defendant Ivan Orozco in proceedings in this case on **May 1, 2017**, is confined at California Salinas Valley State Prison, 31625 Highway 101, Soledad, California 93960, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the **Honorable John A. Mendez, United States District Court, Eastern District of California, 501 I Street, Courtroom 6, 14th floor, Sacramento, CA 95814 on May 1, 2017, at 9:00 a.m.**

**ACCORDINGLY, IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and Warden William Muniz and/or current Warden of California Salinas Valley State Prison, 31625 Highway 101, Soledad, California 93960.

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.

ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM TO TRANSPORT   -1-
NICHOLAS NEWSOME, CDCR #AS2262

    **FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

    **IT IS SO ORDERED.**

Dated 3·29·2017

Honorable John A. Mendez
United State District Court Judge

ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM TO TRANSPORT    -2-
NICHOLAS NEWSOME, CDCR #AS2262