UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. MAYFIELD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IVAN OROZCO, SHERIFF SCOTT JONES, JAMES LEWIS, RICK PATTISON and the COUNTY OF SACRAMENTO,<br><br>　　　　　Defendants. | Case No.: 2:13-CV-2499-JAM-AC<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT QUENTIN CARTHEN, CDCR # AX1182**<br><br>Date: May 1, 2017<br>Time: 9:00 am |

Quentin Carthen, inmate, CDCR # AX1182, a necessary and material witness on behalf of Defendant in proceedings in this case on May 1, 2017, is confined at California North Kern State Prison, 2737 West Cecil Avenue, Delano, CA 93215, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Court Judge John A. Mendez in Courtroom 6, 14th floor, 501 I Street, Sacramento, CA 95814 on May 1, 2017, at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED** that:
1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;
2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and Warden Kelly Santoro and/or current Warden of California North Kern State Prison

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
**IT IS SO ORDERED.**

Dated  3-29-2017

_/s/ John A. Mendez_
United State District Court Judge

{01659772.DOCX}　　　　　　　　　　　　1
ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT
QUENTIN CARTHEN, CDCR # AX1182