PORTER | SCOTT
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Charles M. Gnekow, SBN 306669
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant IVAN OROZCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JAMES JOSHUA MAYFIELD, by and through LISA BERG, as Conservator; JAMES ALLISON MAYFIELD, JR.; and TERRI MAYFIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>IVAN OROZCO, in his individual capacity; SHERIFF SCOTT JONES, in his individual and official capacity; RICK PATTISON, in his individual and official capacity; COUNTY OF SACRAMENTO; UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM; DR. GREGORY SOKOLOV, in his individual capacity; DR. ROBERT HALES, in his individual capacity; and DOES 1-5,<br><br>Defendants. | Case No.: 2:13-cv-02499-JAM-AC<br><br>**ORDER GRANTING IN PART/DENYING IN PART DEFENDANT OROZCO'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION [DOC 154]**<br><br>Trial: May 1, 2017<br>Judge: John A. Mendez |

Defendant IVAN OROZCO's Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("Motion"), is GRANTED in part and DENIED for the reasons stated at the hearing in this matter. A true and correct copy of the transcript of the hearing is attached hereto as Exhibit A and incorporated by reference.

IT IS HEREBY ORDERED that:

1. The Court finds that Plaintiffs James Allison Mayfield, Jr. and Terri Mayfield failed to comply with the California Government Tort Claims Act, and therefore the Motion for Summary Judgment is GRANTED as to all claims by Plaintiffs James Allison Mayfield, Jr. and Terri Mayfield as against Defendant OROZCO;

2. The Motion for Summary Judgment is GRANTED as Plaintiff James Joshua Mayfield's 2nd Claim for Relief for unreasonable search and seizure, 13th Claim for Relief for negligent supervision, training, and hiring; and 16th Claim for Relief for negligent infliction of emotional distress;

3. The motion is GRANTED as to the 16th claim (negligent infliction of emotional distress) as to Defendant Orozco, as claims for damages for emotional distress are subsumed into Plaintiff's 12th claim for negligence;

4. The Motion for Summary Judgment is GRANTED with respect to any claim seeking to hold Defendant Orozco's liable for damages from Plaintiff James Joshua Mayfield's alleged suicide attempt; and

5. In all other respects, the Court finds triable issues of fact as to the claims for relief based on the alleged use of force on November 22, 2012, and on that basis, DENIES qualified immunity without prejudice, and DENIES the motion as to Plaintiff James Joshua Mayfield's 1st Claim for Relief for excessive force, 9th Claim for Relief for assault, 10th Claim for Relief for battery, 11th Claim for Relief for violation of the Bane Act, 12th Claim for Relief for negligence and 15th Claim for Relief for intentional infliction of emotional distress.

**IT IS SO ORDERED.**

Dated: 3-31, 2017

Hon. John A. Mendez