```
 1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
    SCOTT L. GASSAWAY (SBN 53581)
 2  sgassaway@wilkefleury.com
    ROBERT F. TYLER, JR. (SBN 63055)
 3  rtyler@wilkefleury.com
    NEAL C. LUTTERMAN
 4  nlutterman@wilkefleury.com (SBN 174681)
    BIANCA S. WATTS (SBN 278231)
 5  bwatts@wilkefleury.com
    400 Capitol Mall, Twenty-Second Floor
 6  Sacramento, California 95814
    Telephone:    (916) 441-2430
 7  Facsimile:    (916) 442-6664

 8  Attorneys for Defendants
    REGENTS OF THE UNIVERSITY OF CALIFORNIA,
 9  now sued as the UNIVERSITY OF CALIFORNIA DAVIS
    HEALTH SYSTEM, DR. GREGORY SOKOLOV, sued in
10  his individual capacity, and DR. ROBERT HALES, sued in
    his individual capacity
11
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Estate of JAMES JOSHUA MAYFIELD, by and through LISA BERG, as Conservator; JAMES ALLISON MAYFIELD, JR.; and TERRI MAYFIELD, <br><br>Plaintiffs, <br><br>v. <br><br>IVAN OROZCO, in his individual capacity; SHERIFF SCOTT JONES, in his individual and official capacity; RICK PATTISON, in his individual and official capacity, COUNTY OF SACRAMENTO; UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM; and DR. GREGORY SOKOLOV, in his individual capacity; DR. ROBERT HALES, in his individual capacity, and DOES 1-5, <br><br>Defendants. | Case No. 2:13-CV-02499-JAM-AC <br><br>**ASSIGNED TO THE HONORABLE JOHN A. MENDEZ – COURTROOM 6** <br><br>ORDER GRANTING [*in part and denying in part*] UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, DR. ROBERT HALES' MOTION FOR SUMMARY JUDGMENT <br><br>Complaint Filed: December 3, 2013 <br>1st Amended Complaint Filed: March 26, 2014 <br>2nd Amended Complaint Filed: March 19, 2015 <br>3rd Amended Complaint Filed: June 22, 2015 <br>4th Amended Complaint Filed: June 20, 2016 <br>Trial Date: May 1, 2017 |

///

///

///

The motion by REGENTS OF THE UNIVERSITY OF CALIFORNIA, now sued as the UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM's, DR. GREGORY SOKOLOV, and DR. ROBERT HALES, for Summary Judgment, having come on for hearing on March 7, 2017; the Court having reviewed the motion, the supporting documents, the opposition of Plaintiffs, and the supplemental briefing by the parties ordered by the court at the hearing; appearances having been made by counsel; and good cause appearing:

IT IS HEREBY ORDERED that:

1. As to each and every claim remaining against the moving defendants, the motion is GRANTED, in part, and DENIED, in part, as follows:

2. The motion is GRANTED as to the 5th claim (loss of familial companionship under 42 U.S.C. section 1983) and 15th claim (intentional infliction of emotional distress) asserted against moving defendants by plaintiff JAMES ALLISON MAYFIELD, JR. and TERRY MAYFIELD;

3. The motion is DENIED as to the 3rd claim (failure to provide medical care under 42 U.S.C. section 1983) as to defendants Sokolov and Hales.

4. The motion is DENIED as to the 4th claim (failure to protect from harm under 42 U.S.C. § 1983) as to defendants Sokolov and Hales;

5. The motion is DENIED as to the 6th claim (discrimination in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101) as to defendant University of California, Davis Health System;

6. The motion is GRANTED as to the 7th claim (medical malpractice) as to defendant Hales, and DENIED as to defendant Sokolov;

7. The motion is DENIED as to the 8th claim (failure to furnish or summon medical care in violation of California Government Code §§ 844.6 and 845.6) as to defendants Sokolov and Hales;

8  The motion is GRANTED as to the 12th claim (negligence) as to defendant Hales and DENIED as to defendant Sokolov;

9. The motion is DENIED as to the 13th claim (negligent supervision, training, hiring and retention) as to defendants Sokolov and Hales;

10. The motion is GRANTED as to the 15th claim (intentional infliction of emotional

1 | distress) as to defendants Sokolov and Hales.

3 | **IT IS SO ORDERED.**
4 | DATED: 3-30, 2017

_____
HON. JOHN A. MENDEZ
United States District Court Judge

/s/ - Lori Rifkin
_____
Reviewed and Approved as to Form

**HADSELL STORMER & RENICK LLP**
Lori Rifkin
Attorneys for Plaintiffs JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD JR., TERRI MAYFIELD