PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAMES J. MAYFIELD,

    Plaintiff,

vs.

IVAN OROZCO, SHERIFF SCOTT JONES, JAMES LEWIS, RICK PATTISON and the COUNTY OF SACRAMENTO,

    Defendants.

Case No.: 2:13-CV-2499-JAM-AC

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT QUENTIN CARTHEN, CDCR # AX1182**

Date: May 1, 2017
Time: 9:00 am

Quentin Carthen, inmate, CDCR # AX1182, a necessary and material witness on behalf of Defendant in proceedings in this case on May 1, 2017, is confined at California Salinas State Prison, 31625 US-101, Soledad, California 93960, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Court Judge John A. Mendez in Courtroom 6, 14th floor, 501 I Street, Sacramento, CA 95814 on May 1, 2017, at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED** that:
1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;
2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and Warden William Muniz and/or current Warden of California Salinas Valley State Prison

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated 4-13-2017

_____
United States District Court Judge

{01665806.DOCX}    1