1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   SCOTT L. GASSAWAY (SBN 53581)
2  sgassaway@wilkefleury.com
   ROBERT F. TYLER, JR. (SBN 63055)
3  rtyler@wilkefleury.com
   NEAL C. LUTTERMAN
4  nlutterman@wilkefleury.com (SBN 174681)
   BIANCA S. SAMUEL (SBN 278231)
5  bwatts@wilkefleury.com
   400 Capitol Mall, Twenty-Second Floor
6  Sacramento, California 95814
   Telephone:    (916) 441-2430
7  Facsimile:    (916) 442-6664

8  LEWIS BRISBOIS BISGAARD & SMITH LLP
   GREGORY G. LYNCH (SBN 119996)
9  Greg.lynch@lewisbrisbois.com
   JOHN J. WEBER (SBN 054774)
10 John.weber@lewisbrisbois.com
   KIM M. WELLS (SBN 232279)
11 Kim.wells@lewisbrisbois.com
   6333 West 5th Street, Suite 4000
12 Los Angeles, California 90071
   Telephone:    (213) 250-1800
13 Facsimile:    (213) 250-7900

14 Attorneys for Defendants
   REGENTS OF THE UNIVERSITY OF CALIFORNIA,
15 now sued as the UNIVERSITY OF CALIFORNIA DAVIS
   HEALTH SYSTEM, DR. GREGORY SOKOLOV, sued in
16 his individual capacity, and DR. ROBERT HALES, sued in
   his individual capacity

17

18                    UNITED STATES DISTRICT COURT

19         EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

20

21 | Estate of JAMES JOSHUA MAYFIELD, by | Case No. 2:13-CV-02499-JAM-AC
   | and through LISA BERG, as Conservator; |
   | JAMES ALLISON MAYFIELD, JR.; and | **ASSIGNED TO THE HONORABLE JOHN**
22 | TERRI MAYFIELD, | **A. MENDEZ – COURTROOM 6**

23 |                    Plaintiffs, | **STIPULATION TO WITHDRAW**
   | | **MOTION FOR GOOD FAITH**
24 |         v. | **SETTLEMENT DETERMINATION OFF**
   | | **CALENDAR**
25 | IVAN OROZCO, in his individual capacity; |
   | SHERIFF SCOTT JONES, in his individual | Complaint Filed: December 3, 2013
26 | and official capacity; RICK PATTISON, in his | 1st Amended Complaint Filed: March 26, 2014
   | individual and official capacity, JAMES | 2nd Amended Complaint Filed: March 19, 2015
27 | LEWIS, in his individual and official capacity; | 3rd Amended Complaint Filed: June 22, 2015
   | COUNTY OF SACRAMENTO; | 4th Amended Complaint Filed: June 20, 2016
28 | UNIVERSITY OF CALIFORNIA DAVIS | Trial Date: May 1, 2017

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1613812.1                                    -1-        STIPULATION TO WITHDRAWAL MOTION
                                                          FOR GOOD FAITH SETTLEMENT
                                                                      DETERMINATION

HEALTH SYSTEM; and DR. GREGORY
SOKOLOV, in his individual capacity; DR.
ROBERT HALES, in his individual capacity,
and DOES 1-5,

                Defendants.

        IT IS HEREBY STIPULATED BY THE PARTIES AS FOLLOWS:

        1.      Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA, now sued as the

UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, and

DR. ROBERT HALES ("JPS Defendants") will withdraw their Motion for Good Faith Settlement

Determination (ECF No. 328) currently set for hearing on June 20, 2017.  The parties are working to

perfect their various settlement agreements.  Further, the JPS Defendants and the County Defendants

are currently preparing mutual releases from indemnity.

        2.      The County Defendants did not oppose the Motion.  (see ECF No. 389).

DATED:  June 16, 2017              **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**


                                   By:  _____/s/ Neal C. Lutterman_____
                                           NEAL C. LUTTERMAN
                                           ROBERT F. TYLER, JR.
                                           BIANCA S. SAMUEL
                                           Attorneys for Defendants
                                     REGENTS OF THE UNIVERSITY OF CALIFORNIA,
                                     now sued as the UNIVERSITY OF CALIFORNIA DAVIS
                                     HEALTH SYSTEM, and DR. GREGORY SOKOLOV,
                                           and DR. ROBERT HALES

DATED:  June 16, 2017              **HADSELL STORMER & RENICK LLP**
                                   **RIFKIN LAW OFFICE**

                                   By:  _____/s/ Joshua Piovia-Scott_____
                                           BARBARA ENLOE HADSELL
                                           DAN STORMER
                                           JOSHUA PIOVIA-SCOTT
                                           LORI RIFKIN
                                           Attorneys for Plaintiffs
                                     JAMES JOSHUA MAYFIELD, JAMES ALLISON
                                       MAYFIELD, JR., and TERRI MAYFIELD

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1613812.1                                        -2-         STIPULATION TO WITHDRAWAL MOTION
                                                             FOR GOOD FAITH SETTLEMENT
                                                             DETERMINATION

| | |
|---|---|
| 1 | DATED: June 16, 2017 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | DATED: June 16, 2017 |
| 8 | |
| 9 | |
| 10 | |

1  DATED: June 16, 2017    **LONGYEAR, O'DEA & LAVRA, LLP**

2                          By: _____/s/ Nicole Cahill_____
3                                       VAN LONGYEAR
                                        PETER ZILAFF
4                                       NICOLE CAHILL
                                     Attorneys for Defendants
5                          COUNTY OF SACRAMENTO; SCOTT JONES,
                           SHERIFF; JAMES LEWIS; RICK PATTISON

6

7  DATED: June 16, 2017    **PORTER SCOTT**

8                          By: _____/s/ John R. Whitefleet_____
                                     JOHN R. WHITEFLEET
9                                  Attorneys for Defendant
                                        IVAN OROZCO
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1613812.1                    -3-    STIPULATION TO WITHDRAWAL MOTION
                                        FOR GOOD FAITH SETTLEMENT
                                               DETERMINATION

## ATTESTATION REGARDING SIGNATURES

I, Bianca S. Samuel, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filings content and have authorize the filing.


DATED: July 16, 2016                                    /s/ Bianca S. Samuel
                                                           Bianca S. Samuel

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1613812.1

-4-

STIPULATION TO WITHDRAWAL MOTION
FOR GOOD FAITH SETTLEMENT
DETERMINATION

## ORDER ON WITHDRAWAL OF MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION

Based on the Stipulation of the parties and good cause appearing, it is hereby ordered that the JPS Defendants' Motion for Good Faith Settlement Determination set to be heard on June 20, 2017 is deemed withdrawn.  The motion is dropped from calendar.

**IT IS SO ORDERED.**

Dated:  6/19/2017                                         /s/ John A. Mendez_____
                                                                  JOHN A. MENDEZ.
                                                                  United States District Court Judge

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1613812.1

-1-

ORDER ON WITHDRAWAL MOTION FOR
GOOD FAITH SETTLEMENT
DETERMINATION