Barbara Enloe Hadsell, Esq. [S.B. #086021]
Dan Stormer, Esq. [S.B. # 101967]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600/Fax: (626) 577-7079
Emails: bhadsell@hadsellstormer.com
         dstormer@hadsellstormer.com

Joshua Piovia-Scott, Esq. [S.B. #222364]
Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Tel: (415) 685-3591/Fax: (626) 577-7079
Emails: jps@hadsellstormer.com
         lrifkin@hadsellstormer.com

Attorneys for Plaintiff James Joshua Mayfield

[Additional counsel cont. next page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD, JR. and TERRI MAYFIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>IVAN OROZCO, in his individual capacity, SHERIFF SCOTT JONES, in his individual and official capacity, JAMES LEWIS, in his individual and official capacity, RICK PATTISON, in his individual and official capacity, COUNTY OF SACRAMENTO, UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, in his individual capacity, DR. ROBERT HALES, in his individual capacity, and Does 1-5,<br><br>Defendants. | Case No.: 2:13-CV-02499-JAM-AC<br><br>[Assigned to the Honorable John A. Mendez – Courtroom 6]<br><br>**JOINT AMENDED ORDER REGARDING PLAINTIFFS' MOTION TO APPROVE SETTLEMENT AND ESTABLISH A SPECIAL NEEDS TRUST**<br><br>Complaint filed:   December 3, 2013<br>Trial Date:          May 1, 2017 |

**JOINT AMENDED [PROP] ORDER RE:**
**PLTF'S MTN TO APPROVE SETTLEMENT**

Case No.: 2:13-CV-02499-JAM-AC

[Additional Counsel cont. from previous page]

Carl J. Calnero, Esq. [S.B. #117590]
John Whitefleet, Esq. [S.B. #213301]
Charles M.Gnekow, Esq. [S.B. #306669]
PORTER SCOTT
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
Emails:  ccalnero@porterscott.com
         jwhitefleet@porterscott.com
         cgnekow@porterscott.com

Attorneys for Defendant IVAN OROZCO

Van Longyear, Esq. [S.B. #84189]
Peter C. Zilaff, Esq. [S.B. #27658]
Nicole Cahill, Esq. [S.B. #287165]
LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
Emails: longyear@longyearlaw.com
        zilaff@longyearlaw.com
        cahill@longyearlaw.com

Richard S. Linkert, Esq. (SBN 88756)
Jack A. Klauschie, Jr., Esq. (SBN 094029)
Brian D. Johnson, Esq. (SBN 266513)
MATHENY SEARS LINKERT & JAIME LLP
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430
Emails:  rlinkert@mathenysears.com
         jklauschie@mathenysears.com
         bjohnson@mathenysears.com

Attorneys for Defendants, COUNTY OF SACRAMENTO, SCOTT JONES, JAMES LEWIS AND RICK PATTISON

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
SCOTT L. GASSAWAY (SBN 53581)
sgassaway@wilkefleury.com
ROBERT F. TYLER, JR. (SBN 63055)
rtyler@wilkefleury.com
NEAL C. LUTTERMAN
nlutterman@wilkefleury.com (SBN 174681)
BIANCA S. WATTS (SBN 278231)
bwatts@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone: (916) 441-2430

Facsimile: (916) 442-6664

LEWIS BRISBOIS BISGAARD & SMITH LLP
GREGORY G. LYNCH (SBN 119996)
Greg.lynch@lewisbrisbois.com
JOHN J. WEBER (SBN 054774)
John.weber@lewisbrisbois.com
KIM M. WELLS (SBN 232279)
Kim.wells@lewisbrisbois.com
6333 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA, now sued as the UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, sued in his individual capacity, and DR. ROBERT HALES, sued in his individual capacity

| | |
|---|---|
| 1 | **ORDER** |
| 2 | All Parties to this matter submit the following Joint Amended [Proposed] Order Regarding |
| 3 | Plaintiffs' unopposed Motion to Approve Settlement and Establish a Special Needs Trust. |
| 4 | Having considered the moving papers, arguments of counsel, the documents on file in this case, |
| 5 | and after a hearing on Plaintiffs' Motion to Approve Settlement and Establish a Special Needs Trust, IT |
| 6 | IS HEREBY ORDERED: |
| 7 | Plaintiffs' Motion to Approve Settlement and Establish a Special Needs Trust is granted in part |
| 8 | and denied in part. |

### 1. Motion to Approve Settlement

The Court denies the request that James Allison Mayfield, Jr. and Terri Mayfield receive 15% of the total settlement but grants the request to approve the settlement with James Allison Mayfield, Jr. and Terri Mayfield receiving 5% of the total settlement. The Court orders that James Joshua Mayfield is to receive 95% of the settlement proceeds and that Plaintiffs' counsel is to receive 40% of the total settlement for attorneys' fees, as well as the costs identified below.

Based on the foregoing, the Court orders that the settlement proceeds in this case be distributed as follows:

    **A.**    **Settlement Proceeds to James Joshua Mayfield**

Total = $5,0000,000
95% of total = $4,750,000

40% fees from $4,750,000 = $1,900,000
$4,750,000 - $1,900,000 = $2,850,000

Total costs = $388,721.34
95% of total = $369,285.27

$2,850,000 - $369,285.27 = $2,480,714.73

Total to James Joshua Mayfield = $2,480,714.73

Total to the James Joshua Mayfield Special Needs Trust from Defendant the Regents of the University of California = $1,240,357.36

---

**JOINT AMENDED [PROP] ORDER RE:**
**PLTF'S MTN TO APPROVE SETTLEMENT**  -1-  Case No.: 2:13-CV-02499-JAM-AC

Total to the James Joshua Mayfield Special Needs Trust from Defendant County of Sacramento = $1,240,357.37

**B.** **Settlement Proceeds to James Allison Mayfield, Jr. and Terri Mayfield**

Total = $5,000,000
5% of total = $250,000

40% of fees from $250,000 = $100,000
$250,000 - $100,000 = $150,000

Total costs = $388,721.34
5% of total = $19,436.07

$150,000 - $19,436.07 = $130,563.93

Total to James Allison Mayfield, Jr. and Terri Mayfield = $130,563.93

Based on the foregoing, the Court orders that a total of $2,480.714.73 be placed in the James Joshua Mayfield Special Needs Trust and that $2,519,285.27 be paid to the Hadsell Stormer & Renick client trust account for the distribution to James Allison Mayfield, Jr. and Terri Mayfield, and for Plaintiffs' attorneys' fees and costs.

Total to the Hadsell Stormer & Renick client trust account from Defendant the Regents of the University of California = $1,259,642.64.

Total to the Hadsell Stormer & Renick client trust account from Defendant County of Sacramento = $1,259,642.63.

Defendants are to provide these payments within 30 days of this Order.

**2.** **Motion to Establish a Special Needs Trust for James Joshua Mayfield**

The Court grants the Motion to Establish a Special Needs Trust and orders the following with regard to the James Joshua Mayfield Special Needs Trust:

1. The United States District Court, Eastern District of California establishes the James Joshua Mayfield Special Needs Trust and Lisa Berg is directed to execute it on behalf of James Joshua Mayfield;

2. The Trustee shall petition the San Joaquin County Probate Court to bring the James

Joshua Mayfield Special Needs Trust under its ongoing court jurisdiction as defined by California Rule of Court 7.903;

3. The payment of all monies due James Joshua Mayfield in this settlement shall be paid directly to the James Joshua Mayfield Special Needs Trust;

4. Lisa Berg shall serve as the initial Trustee of the James Joshua Mayfield Special Needs Trust with bond to be filed in the amount required by California Rules of Court 7.207 in the San Joaquin County Probate Court;

5. Any past or future compensation owed to the parents of James Joshua Mayfield for his caregiving and services is to be determined by the San Joaquin County Probate Court, this Court has not considered that issue;

6. The Court finds that James Joshua Mayfield has a disability that substantially impairs his ability to provide for his own care or custody, and constitutes a substantial handicap;

7. The Court finds that James Joshua Mayfield is likely to have special needs that will not be met without the Trust;

8. The Court finds that the money to be paid to the Trust does not exceed the amount that appears reasonably necessary to meet James Joshua Mayfield's special needs;

9. The Trustee of the James Joshua Mayfield Special Needs Trust is authorized to invest in mutual funds and bonds with maturity dates greater than five years; and

10. The Court approves and directs the payment of $4,215 to The Urbatsch Law Firm, P.C., for the legal services rendered to James Joshua Mayfield.

Dated: 11/6/2017

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge