Barbara Enloe Hadsell, Esq. [S.B. #086021]
Dan Stormer, Esq. [S.B. # 101967]
Caitlan McLoon, Esq. [S.B. #302798]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600/Fax: (626) 577-7079
Emails: bhadsell@hadsellstormer.com
        dstormer@hadsellstormer.com
        cmcloon@hadsellstormer.com

Joshua Piovia-Scott, Esq. [S.B. #222364]
Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Tel: (415) 685-3591/Fax: (626) 577-7079
Emails: jps@hadsellstormer.com
      lrifkin@hadsellstormer.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSHUA MAYFIELD, JAMES ALLISON MAYFIELD, JR. and TERRI MAYFIELD,<br><br>        Plaintiffs,<br><br>vs.<br><br>IVAN OROZCO, in his individual capacity, SHERIFF SCOTT JONES, in his individual and official capacity, JAMES LEWIS, in his individual and official capacity, RICK PATTISON, in his individual and official capacity, COUNTY OF SACRAMENTO, UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, in his individual capacity, DR. ROBERT HALES, in his individual capacity, and Does 1-5,<br><br>        Defendants. | Case No.: 2:13-CV-02499-JAM-AC<br><br>[Assigned to the Honorable John A. Mendez – Courtroom 6]<br><br>**ORDER RE: PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**<br><br>Complaint filed:  December 3, 2013<br>Trial Date:         May 1, 2017 |

## ORDER

The Court having received Plaintiffs' Notice of Voluntary Dismissal pursuant to FRCP 41(a)(2), it is hereby ordered that this action is dismissed in its entirety with prejudice.

The Court shall retain jurisdiction for the purpose of overseeing the completion of the settlement process and the enforcement of the Settlement Agreements.

Each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 12/27/2017

_____
The Honorable John A. Mendez
United States District Judge