| | |
|---|---|
| J | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. MAYFIELD,<br><br>Plaintiff,<br><br>v.<br><br>IVAN OROZCO, in his individual capacity, SHERIFF SCOTT JONES, in his individual and official capacity, JAMES LEWIS, in his individual and official capacity, RICK PATTISON, in his individual and official capacity, COUNTY OF SACRAMENTO, UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM, DR. GREGORY SOKOLOV, in his individual capacity, DR. ROBERT HALES, in his individual capacity, and Does 1-5,<br><br>Defendants. | No. 2:13-cv-02499-JAM-AC<br><br>**ORDER OF NON-RELATED CASES** |
| LUIS ALBERTO MENDEZ JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; and DOES 1 -20, Inclusive,<br><br>Defendants. | No. 2:18-cv-00044-JAM-KJN |

1

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF SACRAMENTO,<br><br>        Defendant. | No. 2:18-cv-02081-TLN-KJN |

The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 123(c). The Court finds that the above-captioned cases are not "related" within the meaning of Local Rule 123.

Accordingly, 2:18-cv-02081-TLN-KJN shall not be reassigned to the undersigned judge.

IT IS SO ORDERED.

Dated: September 27, 2018

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE